## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| EMMA KOE et al., | |
| Plaintiffs, | |
| v. | CIVIL ACTION NO. |
| CAYLEE NOGGLE et al., | |
| Defendants. | |

## PLAINTIFF TRANSPARENT'S
## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.3 of the Northern District of Georgia Local Rules, Plaintiff TransParent submits its certificate of interested persons and corporate disclosure statement:

(1)   The undersigned counsel of record for TransParent certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiffs:

- The following parties are proceeding under pseudonyms, with an accompanying motion to proceed anonymously:

- o EMMA KOE, individually and on behalf of her minor daughter, AMY KOE;

- o HAILEY MOE, individually and on behalf of her minor daughter, TORI MOE;

- o PAUL VOE;

- o ANNA ZOE, individually and on behalf of her minor daughter, LISA ZOE.

- TRANSPARENT, on behalf of its members. TransParent is a national not-for-profit organization incorporated in Missouri which has no parent corporation and no publicly-held company owns any interest in it. SUSAN HALLA is the Board Chair.

<u>Defendants:</u>

- CAYLEE NOGGLE, in her official capacity as Commissioner of the Georgia Department of Community Health;

- DANIEL DORSEY, in his official capacity as the Executive Director of the Georgia Composite Medical Board;

- GEORGIA DEPARTMENT OF COMMUNITY HEALTH'S BOARD OF COMMUNITY HEALTH, an agency created by state law;

- THE GEORGIA COMPOSITE MEDICAL BOARD, a board created by state law whose members are appointed by the Governor and confirmed by the Senate of the State of Georgia;

- The following individuals in their official capacities as members of the Georgia Department of Community Health's Board of Community Health:

- o NORMAN BOYD;

- o ROBERT S. COWLES III;

- o DAVID CREWS;

- o   RUSSELL CRUTCHFIELD;

- o   ROGER FOLSOM;

- o   NELVA LEE;

- o   MARK SHANE MOBLEY;

- o   CYNTHIA RUCKER;

- o   ANTHONY WILLIAMSON.

- The following individuals in their official capacities as members of the Georgia Composite Medical Board:

  - o   JOHN S. ANTALIS;

  - o   SUBRAHMANYA BHAT;

  - o   WILLIAM BOSTOCK;

  - o   KATHRYN CHEEK;

  - o   RUTHIE CRIDER;

  - o   DEBI DALTON;

  - o   CHARMAINE FAUCHER;

  - o   AUSTIN FLINT;

  - o   SREENIVASULU GANGASANI;

  - o   JUDY GARDNER;

  - o   ALEXANDER S. GROSS;

  - o   CHARLES E. HARRIS, JR.;

  - o   J. JEFFREY MARSHALL;

  - o   MATTHEW W. NORMAN;

3

      o    BARBY J. SIMMONS.

(2)    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

(3)    There are no known persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case.

(4)    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

For Plaintiff:

- SCOTT D. MCCOY, ELIZABETH "BETH" LITTRELL, and MAYA RAJARATNAM, with SOUTHERN POVERTY LAW CENTER;

- BENJAMIN G. BRADSHAW, DEANNA M. RICE, MEREDITH GARAGIOLA, DANIELLE SIEGEL, PATRIC REINBOLD, STEPHEN MCINTYRE, PAUL SIEBEN, JENNIFER BEARD and CARLY GIBBS with O'MELVENY & MYERS LLP;

- CORY ISAACSON and NNEKA EWULONU with AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF GEORGIA;

- CYNTHIA CHENG-WUN WEAVER and AMI RAKESH PATEL with HUMAN RIGHTS CAMPAIGN FOUNDATION.

<u>For Defendant:</u>

Defendants have not yet entered an appearance. Plaintiff will supplement this form upon identification of Defendants' counsel.

(5)    Jurisdiction in this action is not based on diversity under 28 U.S.C. § 1332(a).

Respectfully submitted this 29th day of June, 2023.

SOUTHERN POVERTY LAW CENTER
<u>/s/ Elizabeth Littrell</u>
Elizabeth Littrell (GA Bar No. 454949)
Maya Rajaratnam (GA Bar No. 452753)
150 Ponce de Leon Ave.
Ste. 340, Decatur GA 30030
Fax: (404) 221-5857
Email: Beth.Littrell@splcenter.org
Phone: (404) 221-5876
Maya.Rajaratnam@splcenter.org
Phone: (334) 398-0328

Scott D. McCoy (FL Bar No. 1004965)
2 Biscayne Boulevard, Suite 3750
Miami, FL 33131
Email: Scott.McCoy@splcenter.org
Phone: (334) 224-4309

O'MELVENY & MYERS
<u>/s/ Benjamin G. Bradshaw</u>
Benjamin G. Bradshaw (pro hac vice forthcoming)
Deanna M. Rice (pro hac vice forthcoming)
Meredith Garagiola (pro hac vice forthcoming)
Danielle Siegel (pro hac vice forthcoming)
Patric Reinbold (pro hac vice forthcoming)
Carly Gibbs (pro hac vice forthcoming)
O'MELVENY & MYERS LLP
1625 Eye Street N.W.
Washington, DC 20006
Tel: 202-383-5300
bbradshaw@omm.com
drice@omm.com
mgaragiola@omm.com

dsiegel@omm.com
preinbold@omm.com
cgibbs@omm.com

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
GEORGIA
Cory Isaacson
Georgia Bar No. 983797
Nneka Ewulonu
Georgia Bar No. 373718
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
GEORGIA
P.O. Box 570738
Atlanta, GA 30357
Telephone: (770) 415-5490
CIsaacson@acluga.org
NEwulonu@acluga.org

HUMAN RIGHTS CAMPAIGN
FOUNDATION
Cynthia Cheng-Wun Weaver* NY No.
5091848
Ami Rakesh Patel* CA No. 325647
1640 Rhode Island Avenue NW
Washington, D.C. 20036
(202) 993-4180
Cynthia.Weaver@hrc.org
Ami.Patel@hrc.org

Stephen McIntyre (pro hac vice
forthcoming)
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Tel: 213-430-6000
smcintyre@omm.com

Paul Sieben (pro hac vice forthcoming)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025-7019
Tel: 650-473-2600
psieben@omm.com

Jennifer Beard (pro hac vice
forthcoming)
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823
Tel: 415-984-8700
jbeard@omm.com

*Attorneys for Plaintiffs.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on June 29, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. There is currently no Counsel of Record for Defendants, and so I certify that I will serve the foregoing on Defendants along with the Complaint.

<u>Elizabeth Littrell</u>

<u>/s/ Elizabeth Littrell</u>

7