AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| EMMA KOE, individually and on behalf of her minor daughter, AMY KOE, et al | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )     Civil Action No. 1:23-cv-2904 |
| CAYLEE NOGGLE, in her official capacity as Commissioner of the Georgia Department of Community Health, et al | ) ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Dr. Ruthie Crider, in her capacity as a member of the Georgia Composite Medical
Board
2 MLK Jr. Drive SE
East Tower, 11th floor
Atlanta, GA 30334

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

                 Elizabeth Littrell
150 Ponce de Leon Ave.
Ste. 340, Decatur GA 30030
Phone: (404) 221-5876
Email: Beth.Littrell@splcenter.org

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

                                    KEVIN P. WEIMER
*CLERK OF COURT*

Date:      6/30/2023                            s/Beverly Creech

                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev  06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| EMMA KOE, individually and on behalf of her minor daughter, AMY KOE, et al | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | )      Civil Action No. 1:23-cv-2904 |
| CAYLEE NOGGLE, in her official capacity as Commissioner of the Georgia Department of Community Health, et al | ) ) ) ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Dr. Russell Crutchfield, in his official capacity as a Department of Community Health
Board Member
2 Martin Luther King Jr. Drive SE
East Tower
Atlanta, GA 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Elizabeth Littrell
150 Ponce de Leon Ave.
Ste. 340, Decatur GA 30030
Phone: (404) 221-5876
Email: Beth.Littrell@splcenter.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: _____6/30/23_____               s/Beverly Creech
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev  06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| EMMA KOE, individually and on behalf of her minor daughter, AMY KOE, et al <br><br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> CAYLEE NOGGLE, in her official capacity as Commissioner of the Georgia Department of Community Health, et al <br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:23-cv-2904 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dr. Debi Dalton, in her capacity as a member of the Georgia Composite Medical Board
2 MLK Jr. Drive SE
East Tower, 11th floor
Atlanta, GA 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elizabeth Littrell
150 Ponce de Leon Ave.
Ste. 340, Decatur GA 30030
Phone: (404) 221-5876
Email: Beth.Littrell@splcenter.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date:     6/30/2023          s/Beverly Creech

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| EMMA KOE, individually and on behalf of her minor daughter, AMY KOE, et al <br><br> *Plaintiff(s)* <br><br> v. <br><br> CAYLEE NOGGLE, in her official capacity as Commissioner of the Georgia Department of Community Health, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:23-cv-2904 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   David Crews, in his official capacity as a Department of Community Health Board Member
2 Martin Luther King Jr. Drive SE
East Tower
Atlanta, GA 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Elizabeth Littrell
150 Ponce de Leon Ave.
Ste. 340, Decatur GA 30030
Phone: (404) 221-5876
Email: Beth.Littrell@splcenter.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date:     6/30/2023                 s/Beverly Creech

                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev  06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| EMMA KOE, individually and on behalf of her minor daughter, AMY KOE, et al <br><br> *Plaintiff(s)* <br><br> v. <br><br> CAYLEE NOGGLE, in her official capacity as Commissioner of the Georgia Department of Community Health, et al <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 1:23-cv-2904 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Daniel Dorsey, Executive Director of the Georgia Composite Medical Board
2 MLK Jr. Drive SE
East Tower, 11th floor
Atlanta, GA 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Elizabeth Littrell
150 Ponce de Leon Ave.
Ste. 340, Decatur GA 30030
Phone: (404) 221-5876
Email: Beth.Littrell@splcenter.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: _____6/30/2023_____                    s/Beverly Creech
                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev  06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| EMMA KOE, individually and on behalf of her minor daughter, AMY KOE, et al | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 1:23-cv-2904 |
| CAYLEE NOGGLE, in her official capacity as Commissioner of the Georgia Department of Community Health, et al | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dr. John S. Antalis, in his capacity as a member of the Georgia Composite Medical
Board
2 MLK Jr. Drive SE
East Tower, 11th floor
Atlanta, GA 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Elizabeth Littrell
150 Ponce de Leon Ave.
Ste. 340, Decatur GA 30030
Phone: (404) 221-5876
Email: Beth.Littrell@splcenter.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date:  _____6/30/2023_____                    s/Beverly Creech
                                                                          _____
                                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev  06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| EMMA KOE, individually and on behalf of her minor daughter, AMY KOE, et al <br><br> *Plaintiff(s)* <br><br> v. <br><br> CAYLEE NOGGLE, in her official capacity as Commissioner of the Georgia Department of Community Health, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )     Civil Action No. 1:23-cv-2904 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Dr. Kathryn Cheek, in her capacity as a member of the Georgia Composite Medical
Board
2 MLK Jr. Drive SE
East Tower, 11th floor
Atlanta, GA 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elizabeth Littrell
150 Ponce de Leon Ave.
Ste. 340, Decatur GA 30030
Phone: (404) 221-5876
Email: Beth.Littrell@splcenter.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: _____6/30/2023_____        s/Beverly Creech
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev  06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| EMMA KOE, individually and on behalf of her minor daughter, AMY KOE, et al | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 1:23-cv-2904 |
| CAYLEE NOGGLE, in her official capacity as Commissioner of the Georgia Department of Community Health, et al | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dr. Robert S. Cowles III, in his official capacity as a Department of Community Health
Board Member
2 Martin Luther King Jr. Drive SE
East Tower
Atlanta, GA 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Elizabeth Littrell
150 Ponce de Leon Ave.
Ste. 340, Decatur GA 30030
Phone: (404) 221-5876
Email: Beth.Littrell@splcenter.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date:  ___6/30/2023___                                s/Beverly Creech
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| EMMA KOE, individually and on behalf of her minor daughter, AMY KOE, et al | ) ) ) ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 1:23-cv-2904 |
| CAYLEE NOGGLE, in her official capacity as Commissioner of the Georgia Department of Community Health, et al | ) ) ) ) | |
| _Defendant(s)_ | ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_  Dr. Subrahmanya Bhat, in his capacity as a member of the Georgia Composite
Medical Board
2 MLK Jr. Drive SE
East Tower, 11th floor
Atlanta, GA 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elizabeth Littrell
150 Ponce de Leon Ave.
Ste. 340, Decatur GA 30030
Phone: (404) 221-5876
Email: Beth.Littrell@splcenter.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
_CLERK OF COURT_

Date: _____6/30/2023_____                      s/Beverly Creech

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev  06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| EMMA KOE, individually and on behalf of her minor daughter, AMY KOE, et al<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>CAYLEE NOGGLE, in her official capacity as Commissioner of the Georgia Department of Community Health, et al<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:23-cv-2904

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dr. William Bostock, in his capacity as a member of the Georgia Composite Medical Board
2 MLK Jr. Drive SE
East Tower, 11th floor
Atlanta, GA 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Elizabeth Littrell
150 Ponce de Leon Ave.
Ste. 340, Decatur GA 30030
Phone: (404) 221-5876
Email: Beth.Littrell@splcenter.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date:  _____6/30/2023_____          s/Beverly Creech
                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev  06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| EMMA KOE, individually and on behalf of her minor daughter, AMY KOE, et al<br><br>*Plaintiff(s)*<br><br>v.<br><br>CAYLEE NOGGLE, in her official capacity as Commissioner of the Georgia Department of Community Health, et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 1:23-CV-2904 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Charmaine Faucher, in her capacity as a member of the Georgia Composite Medical Board
2 MLK Jr. Drive SE
East Tower, 11th floor
Atlanta, GA 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Elizabeth Littrell
150 Ponce de Leon Ave.
Ste. 340, Decatur GA 30030
Phone: (404) 221-5876
Email: Beth.Littrell@splcenter.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date:          6/30/2023                                s/Beverly Creech

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev  06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| EMMA KOE, individually and on behalf of her minor daughter, AMY KOE, et al _____ *Plaintiff(s)* v. CAYLEE NOGGLE, in her official capacity as Commissioner of the Georgia Department of Community Health, et al _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 1:23-CV-2904 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Dr. Austin Flint, in his capacity as a member of the Georgia Composite Medical Board
2 MLK Jr. Drive SE
East Tower, 11th floor
Atlanta, GA 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Elizabeth Littrell
150 Ponce de Leon Ave.
Ste. 340, Decatur GA 30030
Phone: (404) 221-5876
Email: Beth.Littrell@splcenter.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date:        6/30/2023                                    s/Beverly Creech

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev  06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| EMMA KOE, individually and on behalf of her minor daughter, AMY KOE, et al<br><br>*Plaintiff(s)*<br>v.<br><br>CAYLEE NOGGLE, in her official capacity as Commissioner of the Georgia Department of Community Health, et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 1:23-CV-2904 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Georgia Composite Medical Board
2 MLK Jr. Drive SE
East Tower, 11th floor
Atlanta, GA 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elizabeth Littrell
150 Ponce de Leon Ave.
Ste. 340, Decatur GA 30030
Phone: (404) 221-5876
Email: Beth.Littrell@splcenter.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date:        6/30/2023                            s/Beverly Creech

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev  06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| EMMA KOE, individually and on behalf of her minor daughter, AMY KOE, et al <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> CAYLEE NOGGLE, in her official capacity as Commissioner of the Georgia Department of Community Health, et al <br><br> _____ <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 1:23-CV-2904 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Georgia Department of Community Health's Board of Community Health
2 Martin Luther King Jr. Drive SE
East Tower
Atlanta, GA 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Elizabeth Littrell
150 Ponce de Leon Ave.
Ste. 340, Decatur GA 30030
Phone: (404) 221-5876
Email: Beth.Littrell@splcenter.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: _____6/30/2023_____             _____s/Beverly Creech_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev  06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| EMMA KOE, individually and on behalf of her minor daughter, AMY KOE, et al<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>CAYLEE NOGGLE, in her official capacity as Commissioner of the Georgia Department of Community Health, et al<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>    Civil Action No. 1:23-CV-2904 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dr. Sreenivasulu "Sreeni" Gangasani, in his capacity as a member of the Georgia
Composite Medical Board
2 MLK Jr. Drive SE
East Tower, 11th floor
Atlanta, GA 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elizabeth Littrell
150 Ponce de Leon Ave.
Ste. 340, Decatur GA 30030
Phone: (404) 221-5876
Email: Beth.Littrell@splcenter.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date:  _____6/30/2023_____        s/Beverly Creech
                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev  06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| EMMA KOE, individually and on behalf of her minor daughter, AMY KOE, et al | ) ) ) ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) ) | Civil Action No. 1:23-CV-2904 |
| CAYLEE NOGGLE, in her official capacity as Commissioner of the Georgia Department of Community Health, et al | ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Judy Gardner, in her capacity as a member of the Georgia Composite Medical Board
2 MLK Jr. Drive SE
East Tower, 11th floor
Atlanta, GA 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Elizabeth Littrell
150 Ponce de Leon Ave.
Ste. 340, Decatur GA 30030
Phone: (404) 221-5876
Email: Beth.Littrell@splcenter.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
_CLERK OF COURT_

Date:     6/30/2023                s/Beverly Creech

                                         _Signature of Clerk or Deputy Clerk_

AO 440 (Rev  06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| EMMA KOE, individually and on behalf of her minor daughter, AMY KOE, et al<br><br>*Plaintiff(s)*<br><br>v.<br><br>CAYLEE NOGGLE, in her official capacity as Commissioner of the Georgia Department of Community Health, et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 1:23-CV-2904 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Dr. Alexander S. Gross, in his capacity as a member of the Georgia Composite
Medical Board
2 MLK Jr. Drive SE
East Tower, 11th floor
Atlanta, GA 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elizabeth Littrell
150 Ponce de Leon Ave.
Ste. 340, Decatur GA 30030
Phone: (404) 221-5876
Email: Beth.Littrell@splcenter.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: _____6/30/2023_____            s/Beverly Creech
                                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev  06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| EMMA KOE, individually and on behalf of her minor daughter, AMY KOE, et al<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>CAYLEE NOGGLE, in her official capacity as Commissioner of the Georgia Department of Community Health, et al<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No. 1:23-CV-2904 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Charles E. Harris, Jr., in his capacity as a member of the Georgia Composite Medical Board
2 MLK Jr. Drive SE
East Tower, 11th floor
Atlanta, GA 30334

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Elizabeth Littrell
                        150 Ponce de Leon Ave.
                        Ste. 340, Decatur GA 30030
                        Phone: (404) 221-5876
                        Email: Beth.Littrell@splcenter.org

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date:       6/30/2023                          s/Beverly Creech
                                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| EMMA KOE, individually and on behalf of her minor daughter, AMY KOE, et al <br><br> *Plaintiff(s)* <br><br> v. <br><br> CAYLEE NOGGLE, in her official capacity as Commissioner of the Georgia Department of Community Health, et al <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)      Civil Action No. 1:23-CV-2904 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Dr. Nelva Lee, in her official capacity as a Department of Community Health Board
Member
2 Martin Luther King Jr. Drive SE
East Tower
Atlanta, GA 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Elizabeth Littrell
150 Ponce de Leon Ave.
Ste. 340, Decatur GA 30030
Phone: (404) 221-5876
Email: Beth.Littrell@splcenter.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER

*CLERK OF COURT*

Date:      6/30/2023                   s/Beverly Creech

                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev  06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| EMMA KOE, individually and on behalf of her minor daughter, AMY KOE, et al | ) ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | |
| v. | Civil Action No. 1:23-CV-2904 |
| CAYLEE NOGGLE, in her official capacity as Commissioner of the Georgia Department of Community Health, et al | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  J. Jeffrey Marshall, in his capacity as a member of the Georgia Composite Medical
Board
2 MLK Jr. Drive SE
East Tower, 11th floor
Atlanta, GA 30334


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Elizabeth Littrell
150 Ponce de Leon Ave.
Ste. 340, Decatur GA 30030
Phone: (404) 221-5876
Email: Beth.Littrell@splcenter.org


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


KEVIN P. WEIMER
*CLERK OF COURT*


Date:        6/30/2023                                     s/Beverly Creech

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev  06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| EMMA KOE, individually and on behalf of her minor daughter, AMY KOE, et al | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| CAYLEE NOGGLE, in her official capacity as Commissioner of the Georgia Department of Community Health, et al | ) ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 1:23-CV-2904

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Mark Shane Mobley, in his official capacity as a Department of Community Health
Board Member
2 Martin Luther King Jr. Drive SE
East Tower
Atlanta, GA 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Elizabeth Littrell
150 Ponce de Leon Ave.
Ste. 340, Decatur GA 30030
Phone: (404) 221-5876
Email: Beth.Littrell@splcenter.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date:  _____6/30/2023_____                    s/Beverly Creech
                                                                    _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| EMMA KOE, individually and on behalf of her minor daughter, AMY KOE, et al | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | )     Civil Action No. 1:23-CV-2904 |
| CAYLEE NOGGLE, in her official capacity as Commissioner of the Georgia Department of Community Health, et al | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Caylee Noggle, in her official capacity as Commissioner of the Georgia Department of
       Community Health
       2 Martin Luther King Jr. Drive SE
       East Tower
       Atlanta, GA 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Elizabeth Littrell
       150 Ponce de Leon Ave.
       Ste. 340, Decatur GA 30030
       Phone: (404) 221-5876
       Email: Beth.Littrell@splcenter.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date:     6/30/2023          s/Beverly Creech

                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| EMMA KOE, individually and on behalf of her minor daughter, AMY KOE, et al <br><br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> CAYLEE NOGGLE, in her official capacity as Commissioner of the Georgia Department of Community Health, et al <br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:23-cv-2904 <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Norman Boyd, in his official capacity as a Department of Community Health Board Member
2 Martin Luther King Jr. Drive SE
East Tower
Atlanta, GA 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Elizabeth Littrell
150 Ponce de Leon Ave.
Ste. 340, Decatur GA 30030
Phone: (404) 221-5876
Email: Beth.Littrell@splcenter.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date:     6/30/2023                    s/Beverly Creech

                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev  06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| EMMA KOE, individually and on behalf of her minor daughter, AMY KOE, et al<br><br>*Plaintiff(s)*<br>v.<br><br>CAYLEE NOGGLE, in her official capacity as Commissioner of the Georgia Department of Community Health, et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:23-CV-2904<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Dr. Matthew W. Norman, in his capacity as a member of the Georgia Composite
                                      Medical Board
                                      2 MLK Jr. Drive SE
                                      East Tower, 11th floor
                                      Atlanta, GA 30334

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                                      Elizabeth Littrell
                                      150 Ponce de Leon Ave.
                                      Ste. 340, Decatur GA 30030
                                      Phone: (404) 221-5876
                                      Email: Beth.Littrell@splcenter.org

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                      KEVIN P. WEIMER
                                                      *CLERK OF COURT*


Date:        6/30/2023                                s/Beverly Creech
                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev  06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| EMMA KOE, individually and on behalf of her minor daughter, AMY KOE, et al<br><br>*Plaintiff(s)*<br>v.<br>CAYLEE NOGGLE, in her official capacity as Commissioner of the Georgia Department of Community Health, et al<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 1:23-CV-2904 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Dr. Cynthia Rucker, in her official capacity as a Department of Community Health
Board Member
2 Martin Luther King Jr. Drive SE
East Tower
Atlanta, GA 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Elizabeth Littrell
150 Ponce de Leon Ave.
Ste. 340, Decatur GA 30030
Phone: (404) 221-5876
Email: Beth.Littrell@splcenter.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date:     6/30/2023       s/Beverly Creech

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev  06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | | |
|---|---|---|
| EMMA KOE, individually and on behalf of her minor daughter, AMY KOE, et al | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 1:23-CV-2904 |
| CAYLEE NOGGLE, in her official capacity as Commissioner of the Georgia Department of Community Health, et al | ) ) ) ) | |
| *Defendant(s)* | ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Dr. Barby J. Simmons, in her capacity as a member of the Georgia Composite Medical
Board
2 MLK Jr. Drive SE
East Tower, 11th floor
Atlanta, GA 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Elizabeth Littrell
150 Ponce de Leon Ave.
Ste. 340, Decatur GA 30030
Phone: (404) 221-5876
Email: Beth.Littrell@splcenter.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date:     6/30/2023              s/Beverly Creech

                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev  06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| EMMA KOE, individually and on behalf of her minor daughter, AMY KOE, et al | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No. 1:23-CV-2904 |
| CAYLEE NOGGLE, in her official capacity as Commissioner of the Georgia Department of Community Health, et al | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Anthony Williamson, in his official capacity as a Department of Community Health
Board Member
2 Martin Luther King Jr. Drive SE
East Tower
Atlanta, GA 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Elizabeth Littrell
150 Ponce de Leon Ave.
Ste. 340, Decatur GA 30030
Phone: (404) 221-5876
Email: Beth.Littrell@splcenter.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date:        6/30/2023                                          s/Beverly Creech

*Signature of Clerk or Deputy Clerk*