UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMMA KOE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CAYLEE NOGGLE, et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>1:23-CV-2904-SEG |

**O R D E R**

This matter is before the Court on Plaintiffs' motion for a temporary restraining order and preliminary injunction. (Doc. 2.) Once Plaintiffs have certified that they have served Defendants and Defendants have been given an opportunity to respond, the Court will hold a hearing on Plaintiffs' motion.

Plaintiffs' counsel are **DIRECTED** to serve Defendants with the complaint and attachment, motion for TRO and preliminary injunction and all attachments, and this order **NO LATER THAN 6:00 PM on Friday, June 30, 2023.** Plaintiffs' counsel are further **DIRECTED** to file by 9:00 AM on Monday, July 3, 2023, executed returns of service for each Defendant. If Plaintiffs are unable to effectuate service on any Defendant, Plaintiffs' counsel are **DIRECTED** to certify in writing by 9:00 AM on Monday, July 3, 2023, the

efforts made to give notice of the motion for TRO and related hearing to such unserved Defendants.

Defendants are **DIRECTED** to file their response(s) to Plaintiffs' motion for TRO and preliminary injunction by 11:59 PM on Monday, July 3, 2023. The Court will hold a hearing on the motion at 11:00 AM on Wednesday, July 5, 2023, in Courtroom 2306.

**SO ORDERED** this 30th day of June, 2023.

*[signature]*
SARAH E. GERAGHTY
United States District Judge