# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| EMMA KOE, individually and on behalf of her minor daughter, AMY KOE; HAILEY MOE, individually and on behalf of her minor daughter, TORI MOE; PAUL VOE; ANNA ZOE, individually and on behalf of her minor daughter, LISA ZOE; TRANSPARENT, on behalf of its members, | CIVIL ACTION NO.<br><br>1:23-CV-2904-SEG |
| Plaintiffs, |  |
| v. |  |
| CAYLEE NOGGLE, in her official capacity as Commissioner of the Georgia Department of Community Health; GEORGIA DEPARTMENT OF COMMUNITY HEALTH'S BOARD OF COMMUNITY HEALTH; NORMAN BOYD, ROBERT S. COWLES III, DAVID CREWS, RUSSELL CRUTCHFIELD, ROGER FOLSOM, NELVA LEE, MARK SHANE MOBLEY, CYNTHIA RUCKER, ANTHONY WILLIAMSON, in their official capacities as members of the Georgia Department of Community Health's Board of Community Health; THE GEORGIA COMPOSITE MEDICAL BOARD; JOHN S. ANTALIS, SUBRAHMANYA BHAT, WILLIAM BOSTOCK, KATHRYN |  |

CHEEK, RUTHIE CRIDER, DEBI
DALTON, CHARMAINE
FAUCHER, AUSTIN FLINT,
SREENIVASULU GANGASANI,
JUDY GARDNER, ALEXANDER S.
GROSS, CHARLES E. HARRIS,
JR., J. JEFFREY MARSHALL,
MATTHEW W. NORMAN, BARBY
J. SIMMONS, in their official
capacities as members of the Georgia
Composite Medical Board; DANIEL
DORSEY, in his official capacity as
the Executive Director of the Georgia
Composite Medical Board,

Defendants.

## STATEMENT CONFIRMING PROOF OF SERVICE

Pursuant to the Court's June 30, 2023 Order, Plaintiffs hereby file the

attached executed proofs of service for each Defendant.

Respectfully submitted this June 30, 2023,

SOUTHERN POVERTY LAW
CENTER
/s/ Elizabeth Littrell
Elizabeth Littrell (GA Bar No. 454949)
Maya Rajaratnam (GA Bar No.
452753)
150 Ponce de Leon Ave.
Ste. 340, Decatur GA 30030
Fax: (404) 221-5857
Email: Beth.Littrell@splcenter.org
Phone: (404) 221-5876
Maya.Rajaratnam@splcenter.org

O'MELVENY & MYERS
/s/ Benjamin G. Bradshaw
Benjamin G. Bradshaw (pro hac vice
pending)
Deanna M. Rice (pro hac vice
forthcoming)
Meredith Garagiola (pro hac vice
forthcoming)
Danielle Siegel (pro hac vice
forthcoming)
Patric Reinbold (pro hac vice
forthcoming)

Phone: (334) 398-0328

Scott D. McCoy (FL Bar No.
1004965)(pro hac vice forthcoming)
2 Biscayne Boulevard, Suite 3750
Miami, FL 33131
Email: Scott.McCoy@splcenter.org
Phone: (334) 224-4309


AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
GEORGIA
Cory Isaacson
Georgia Bar No. 983797
Nneka Ewulonu
Georgia Bar No. 373718
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
GEORGIA
P.O. Box 570738
Atlanta, GA 30357
Telephone: (770) 415-5490
CIsaacson@acluga.org
NEwulonu@acluga.org


HUMAN RIGHTS CAMPAIGN
FOUNDATION
Cynthia Cheng-Wun Weaver* NY No.
5091848 (pro hac vice forthcoming)
Ami Rakesh Patel* CA No. 325647
(pro hac vice forthcoming)
1640 Rhode Island Avenue NW
Washington, D.C. 20036
(202) 993-4180

Carly Gibbs (pro hac vice forthcoming)
O'MELVENY & MYERS LLP
1625 Eye Street N.W.
Washington, DC 20006
Tel: 202-383-5300
bbradshaw@omm.com
drice@omm.com
mgaragiola@omm.com
dsiegel@omm.com
preinbold@omm.com
cgibbs@omm.com

Stephen McIntyre (pro hac vice
forthcoming)
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Tel: 213-430-6000
smcintyre@omm.com

Paul Sieben (pro hac vice forthcoming)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025-7019
Tel: 650-473-2600
psieben@omm.com

Jennifer Beard (pro hac vice
forthcoming)
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823
Tel: 415-984-8700
jbeard@omm.com

Cynthia.Weaver@hrc.org
Ami.Patel@hrc.org

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:23-cv-2904-SEG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Charmaine Faucher

was received by me on *(date)*  6/30/2023 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Mo Gaines , who is
designated by law to accept service of process on behalf of *(name of organization)*  Charmaine
Faucher on *(date)*  6/30/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:  06/30/2023

_____
Server's signature

Ericka McMillon
Printed name and title

Ancillary Legal Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, Georgia 30341

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:23-cv-2904-SEG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___J. Jeffrey Marshal___

was received by me on *(date)* __6/30/2023__ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ___Flo Gaines___ , who is

designated by law to accept service of process on behalf of *(name of organization)* ___J. Jeffrey___

___Marshal___ on *(date)* __6/30/2023__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: __06/30/2023__

_____
*Server's signature*

___Ericka McMillon___
*Printed name and title*
Ancillary Legal Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, Georgia 30341
*Server's address*

Additional information regarding attempted service, etc:

[ Print ]   [ Save As... ]                [ Reset ]

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:23-cv-2904-SEG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Daniel Dorsey

was received by me on *(date)* 6/30/2023 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Mo Gaines , who is

designated by law to accept service of process on behalf of *(name of organization)* Daniel

Dorsey on *(date)* 6/30/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/30/2023          _____
                                        *Server's signature*

                              Erick McMillon
                              _____
                              *Printed name and title*
                              Ancillary Legal Corporation
                              2900 Chamblee Tucker Road
                              Building 13
                              Atlanta, Georgia 30341

                              _____
                              *Server's address*

Additional information regarding attempted service, etc:

Print     Save As...          Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:23-cv-2904-SEG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Charles E Harris Jr

was received by me on *(date)*  6/30/2023 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Flo Gainus , who is

designated by law to accept service of process on behalf of *(name of organization)*  Charles E

Harris Jr. _____ on *(date)* 6/30/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  06/30/2023 _____

_____
*Server's signature*

Ericka McMillan
*Printed name and title*
Ancillary Legal Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, Georgia 30341
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:23-cv-2904-SEG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Debi Dalton

was received by me on *(date)* 6/20/2023 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Flo Gaines , who is

designated by law to accept service of process on behalf of *(name of organization)* Debi

Dalton on *(date)* 6/20/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/30/2023

_____
*Server's signature*

EASEKA McMillan
*Printed name and title*

Ancillary Legal Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, Georgia 30341

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:23-cv-2904-SEG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* William Bostock

was received by me on *(date)* 6/30/2023  .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Flo Gaines , who is

designated by law to accept service of process on behalf of *(name of organization)* William

Bostock on *(date)* 6/30/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00  .

I declare under penalty of perjury that this information is true.

Date: 06/30/2023

_____
Server's signature

Ericka McMillon
_____
Printed name and title

Ancillary Legal Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, Georgia 30341
Server's address

Additional information regarding attempted service, etc:

Print      Save As...                    Reset

Case 1:23-cv-02904-SEG   Document 13   Filed 06/30/23   Page 2 of 2

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:23-cv-2904-SEG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Nelva Lee

was received by me on *(date)*  6/30/2022 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Flo Gaines , who is

designated by law to accept service of process on behalf of *(name of organization)*  Nelva Lee

on *(date)*  6/30/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  06/30/2023

_____
Server's signature

Ericka McMillon
Printed name and title

Ancillary Legal Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, Georgia 30341

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:23-cv-2904-SEG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Subrahmanya Bhat
was received by me on *(date)*   4/30/2023  .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Flo Gaines , who is
designated by law to accept service of process on behalf of *(name of organization)*   Subrahmanya
Bhat   on *(date)*   4/30/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   06/30/2023

_____
*Server's signature*

Ericka McMillon
_____
*Printed name and title*

Ancillary Legal Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, Georgia 30341
_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:23-cv-2904-SEG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* John Antalis

was received by me on *(date)* 6/30/2023 .

☐ I personally served the summons on the individual at *(place)*

on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Flo Gaines , who is

designated by law to accept service of process on behalf of *(name of organization)* Jonn

Antalis on *(date)* 6/30/2023 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/30/2023

_____
*Server's signature*

Ericka McMillan
*Printed name and title*

Ancillary Legal Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, Georgia 30341
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:23-cv-2904-SEG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dr. Cynthia Rucker

was received by me on *(date)* 6/30/2023 .

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Flo Gaines , who is

designated by law to accept service of process on behalf of *(name of organization)* Dr. Cynthia

Rucker on *(date)* 6/30/2023 ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: 6/30/2023

_____
*Server's signature*

Ericka McMillen
*Printed name and title*
Ancillary Legal Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, Georgia 30341

_____
*Server's address*

Additional information regarding attempted service, etc:



| Print | Save As... | | Reset |

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:23-cv-2904-SEG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Anthony Williamson

was received by me on *(date)* 4/30/2023 .

☐ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Flo Gaines , who is

designated by law to accept service of process on behalf of *(name of organization)* Anthony

Williamson on *(date)* 4/30/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6.30.23

_____
*Server's signature*

Ericka McMillon
_____
*Printed name and title*

3805 Brushymill Ct Lawrnville GA 30052
_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:23-cv-2904-SEG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GA Department of Community Health
was received by me on *(date)* 6/30/2023 .      Board of Community Health

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Flo Gaines , who is
designated by law to accept service of process on behalf of *(name of organization)* GA Department of
Community Health's Board of Community on *(date)* 6/30/2023 ; or
                                          Health

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   6.30.23

_____
Server's signature

Erick A Mumphrey
_____
Printed name and title

3805 Brushy Mill ct Loganville GA 30052
_____
Server's address

Additional information regarding attempted service, etc:

Print      Save As...      Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:23-cv-2904-SEG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Caylee Noggle

was received by me on *(date)*  6/30/2023  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Ho Gaines , who is

designated by law to accept service of process on behalf of *(name of organization)*  Caylee

Noggle _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  63023

_____
*Server's signature*

Ericka McMillon
_____
*Printed name and title*

3805 Brushymill Ct Loganville GA 30052
_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:23-cv-2904-SEG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Norman Boyd

was received by me on *(date)*  4/30/2023        .

❐ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Flo Gaines       , who is

designated by law to accept service of process on behalf of *(name of organization)*  Norman

Boyd _____  on *(date)*  4/30/2023  ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00      .

I declare under penalty of perjury that this information is true.

Date:   6.30.23

_____
*Server's signature*

Ericka Mumira
*Printed name and title*


3805 Brushyardl Ct  Loganville GA 30052
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:23-cv-2904-SEG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Mark Shane Mobley

was received by me on *(date)*  6/30/2023  .

☐ I personally served the summons on the individual at *(place)*
_____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Mo Gaines  , who is
designated by law to accept service of process on behalf of *(name of organization)*  Mark Shane
Mobley  on *(date)*  6/30/2023  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  6.30.23

_____
*Server's signature*

Ericka McMillon
_____
*Printed name and title*

3805 Brushymill Ct Loganville GA 30052
_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:23-cv-2904-SEG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Roger Folsom

was received by me on *(date)*   6/30/2023   .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Mo Gaines   , who is

designated by law to accept service of process on behalf of *(name of organization)*   Roger

Folsom   on *(date)*   6/30/2023   ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   6.30.23

_____
Server's signature

Ericka McMillan
_____
Printed name and title

3505 Brushymill Ct Loganville GA 30052
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:23-cv-2904-SEG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Robert S Cowles

was received by me on *(date)*  6/30/2023  .

☐ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Flo Gaines  , who is

designated by law to accept service of process on behalf of *(name of organization)*  Robert S

Cowles  on *(date)* 6/30/2023  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  6.30.23

_____
*Server's signature*

Erich McMillon
_____
*Printed name and title*

3805 Brushymill Ct Loganville GA 30052
_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:23-cv-2904-SEG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GA Composite Medical Board

was received by me on *(date)* 6/30/2023 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Flo Gaines , who is

designated by law to accept service of process on behalf of *(name of organization)* GA Composite

Medical Board on *(date)* 06/30/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date:   6.30.23

_____
*Server's signature*

Ericka McMillon
_____
*Printed name and title*

3805 Brushymill Ct, Loganville GA 30052
_____
*Server's address*

Additional information regarding attempted service, etc:

Print     Save As...     Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:23-cv-2904-SEG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Department of administrative services

was received by me on *(date)*  06/30/2023 .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Ashley Nigel _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*  Dept of administrative
services _____ on *(date)*  06/30/2023 ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  06/30/2023 _____

_____
*Server's signature*

Ericka Mcmahon
*Printed name and title*

Ancillary Process Station
2900 Chamblee Tucker Road
Building 13
Atlanta, Georgia 30341

_____
*Server's address*

Additional information regarding attempted service, etc:


| Print | Save As... | | Reset |

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:23-cv-2904-SEG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Alexander S. Gross

was received by me on *(date)*  06/30/2023  .

☐ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Alex Flow (flow) Gaines  , who is

designated by law to accept service of process on behalf of *(name of organization)*

Alexander Gross  on *(date)*  06/30/2023  ; or

☐ I returned the summons unexecuted because _____  ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  06/30/2023

_____
*Server's signature*

Ericka McMiller
*Printed name and title*
Ancillary Legal Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, Georgia 30341

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:23-cv-2904-SEG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___Matthew W. Norman___
was received by me on *(date)* ___06/30/2023___ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ___Flo Gaines___ , who is
designated by law to accept service of process on behalf of *(name of organization)* ___Matthew W.___
___Norman___ on *(date)* ___06/30/2023___ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: ___06/30/2023___

_____
*Server's signature*

Ericka McMillan
_____
Ancillary Legal Corporation *Printed name and title*
2900 Chamblee Tucker Road
Building 13
Atlanta, Georgia 30341
_____
*Server's address*

Additional information regarding attempted service, etc:


| Print | Save As... | | Reset |

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:23-cv-2904-SEG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Austin Flint

was received by me on *(date)*  06/30/2023 .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Flo Gaines , who is

designated by law to accept service of process on behalf of *(name of organization)*  Austin Flint

_____ on *(date)*  06/30/2023 ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  06/30/2023

Server's signature

Ericka McMillon

*Printed name and title*
Ancillary Legal Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, Georgia 30341

*Server's address*

Additional information regarding attempted service, etc:

Case 1:23-cv-02904-SEG   Document 13   Filed 06/30/23   Page 2 of 2

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:23-cv-2904-SEG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Barby J. Simmons
was received by me on *(date)*  06/30/2023 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Flo Gaines , who is
designated by law to accept service of process on behalf of *(name of organization)*  Barby J.
Simmons on *(date)* 06/30/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date:  06/30/2023

_____
Server's signature

Erica McMillan
Printed name and title

Ancillary Legal Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, Georgia 30341
_____
Server's address

Additional information regarding attempted service, etc:



| Print | Save As... | | Reset |

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:23-cv-2904-SEG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sreenivasulu "Sreeni" Gangasani

was received by me on *(date)* 06/30/2023 .

☐ I personally served the summons on the individual at *(place)*
_____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Flo Gaines _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* Sreenivasulu
"Sreeni" Gangasani _____ on *(date)* 06/30/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/30/2023

_____
*Server's signature*

Ericka McMillen
*Printed name and title*

Ancillary Legal Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, Georgia 30341
*Server's address*

Additional information regarding attempted service, etc:



Print     Save As...     Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:23-cv-2904-SEG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Judy Gardner

was received by me on *(date)*  06/30/2023 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Flo Gaines _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*  Judy Gardner

_____ on *(date)*  06/30/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  06/30/2023

_____
*Server's signature*

Ericka McMillon

Ancillary Legal Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, Georgia 30341
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:23-cv-2904-SEG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Kathryn Cheek

was received by me on *(date)*  06/30/2023  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Flo Gaines  , who is

designated by law to accept service of process on behalf of *(name of organization)*  Kathryn Cheek

on *(date)* 06/30/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  06/30/2023

_____
*Server's signature*

Ericka McMiller
*Printed name and title*

Ancillary Process Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, Georgia 30341

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:23-cv-2904-SEG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  David Crews

was received by me on *(date)*  06 / 30 / 2023.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Flo Gaines , who is

designated by law to accept service of process on behalf of *(name of organization)*  David Crews

_____ on *(date)*  06/30/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  06/30/2023              _____
                                    *Server's signature*

                              Ericka McMahon
                                    *Printed name and title*
                              Ancillary Legal Corporation
                              2900 Chamblee Tucker Road
                              Building 13
                              Atlanta, Georgia 30341
                                    *Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

Case 1:23-cv-02904-SEG   Document 13   Filed 06/30/23   Page 2 of 2

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:23-cv-2904-SEG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Russell Crutchfield

was received by me on *(date)*  06/30/2023

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Flo Gaines  , who is

designated by law to accept service of process on behalf of *(name of organization)*  Russell Crutchfield

_____ on *(date)*  06/30/2023  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  06/30/2023

_____
Server's signature

Ericka McMillon
_____
Printed name and title

Ancillary Legal Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, Georgia 30341
_____
Server's address

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  1:23-cv-2904-SEG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Doctor Ruth Crider
was received by me on *(date)*   06/30/2023   .

❑ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Flo Flo Gaines   , who is
designated by law to accept service of process on behalf of *(name of organization)*   Dr. Ruth Crider
on *(date)* 06/30/2023 ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 06/30/2023          _____
                              *Server's signature*

                              Ericka McMillen
                              _____
                              *Printed name and title*
                              Ancillary Legal Corporation
                              2900 Chamblee Tucker Road
                              Building 13
                              Atlanta, Georgia 30341
                              _____
                              *Server's address*

Additional information regarding attempted service, etc:


| Print | Save As... | | Reset |