IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMMA KOE, individually and on behalf of her minor daughter, AMY KOE; HAILEY MOE, individually and on behalf of her minor daughter, TORI MOE; PAUL VOE; ANNA ZOE, individually and on behalf of her minor daughter, LISA ZOE; TRANSPARENT, on behalf of its members,<br><br>                Plaintiffs,<br><br>        v.<br><br>CAYLEE NOGGLE, in her official capacity as Commissioner of the Georgia Department of Community Health; GEORGIA DEPARTMENT OF COMMUNITY HEALTH'S BOARD OF COMMUNITY HEALTH; NORMAN BOYD, ROBERT S. COWLES III, DAVID CREWS, RUSSELL CRUTCHFIELD, ROGER F OLSOM, NELVA LEE, MARK SHANE MOBLEY, CYNTHIA RUCKER, ANTHONY WILLIAMSON, in their official capacities as members of the Georgia Department of Community Health's Board of Community Health; THE GEORGIA COMPOSITE MEDICAL BOARD; JOHN S. ANTALIS, | Case No. 1:23-cv-02904-SEG |

SUBRAHMANYA BHAT, WILLIAM BOSTOCK, KATHRYN CHEEK, RUTHIE CRIDER, DEBI DALTON, CHARMAINE FAUCHER, AUSTIN FLINT, SREENIVASULU GANGASANI, JUDY GARDNER, ALEXANDER S. GROSS, CHARLES E. HARRIS, JR., J. JEFFREY MARSHALL, MATTHEW W. NORMAN, BARBY J. SIMMONS, in their official capacities as members of the Georgia Composite Medical Board; DANIEL DORSEY, in his official capacity as the Executive Director of the Georgia Composite Medical Board,

Defendants.

## MOTION FOR PERMISSION TO BRING TECHNOLOGY INTO COURTROOM

Pursuant to Northern District of Georgia Local Rule 83.4, counsel for Plaintiffs hereby requests the Court issue an order allowing the below plaintiffs' counsel and plaintiffs' counsel's agents to bring smartphones with video capability, Wifi hotspot, laptops, computer monitors, electronic tablets, external hard drives, flash drives and/or thumb drives, printer, projector, laser pointers, office supplies, exhibits (including boxes), and associated cables in to the United States Courthouse on Wednesday, July 5, 2023, for use at the hearing before the Court in Courtroom 2306 of the Richard B. Russell Federal Building:

2

    Benjamin G. Bradshaw
    Meredith Garagiola
    Danielle Siegel
    Steve McIntyre
    Elizabeth Littrell
    Maya Rajaratnam
    Cory Isaacson
    Nneka Ewulonu
    I'yanna Barker
    Cynthia Cheng-Wun Weaver
    Ami Rakesh Patel

For the Court's convenience, a proposed order is submitted herewith.

Respectfully submitted this 3rd day of July, 2023.

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF GEORGIA<br>/s/ Cory Isaacson<br>Cory Isaacson<br>Georgia Bar No. 983797<br>Nneka Ewulonu<br>Georgia Bar No. 373718<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF GEORGIA<br>P.O. Box 570738<br>Atlanta, GA 30357<br>Telephone: (770) 415-5490<br>CIsaacson@acluga.org<br>NEwulonu@acluga.org<br><br>SOUTHERN POVERTY LAW CENTER<br>/s/ Elizabeth Littrell | O'MELVENY & MYERS<br>/s/ Benjamin G. Bradshaw<br>Benjamin G. Bradshaw (pro hac vice forthcoming)<br>Deanna M. Rice (pro hac vice forthcoming)<br>Meredith Garagiola (pro hac vice forthcoming)<br>Danielle Siegel (pro hac vice forthcoming)<br>Patric Reinbold (pro hac vice forthcoming)<br>Carly Gibbs (pro hac vice forthcoming)<br>O'MELVENY & MYERS LLP<br>1625 Eye Street N.W.<br>Washington, DC 20006<br>Tel: 202-383-5300<br>bbradshaw@omm.com<br>drice@omm.com<br>mgaragiola@omm.com |

Elizabeth Littrell (GA Bar No. 454949)
Maya Rajaratnam (GA Bar No. 452753)
150 Ponce de Leon Ave.
Ste. 340, Decatur GA 30030
Fax: (404) 221-5857
Email: Beth.Littrell@splcenter.org
Phone: (404) 221-5876
Maya.Rajaratnam@splcenter.org
Phone: (334) 398-0328
Scott D. McCoy (FL Bar No. 1004965)
2 Biscayne Boulevard, Suite 3750
Miami, FL 33131
Email: Scott.McCoy@splcenter.org
Phone: (334) 224-4309

HUMAN RIGHTS CAMPAIGN FOUNDATION
Cynthia Cheng-Wun Weaver* NY No. 5091848
Ami Rakesh Patel* CA No. 325647
1640 Rhode Island Avenue NW
Washington, D.C. 20036
(202) 993-4180
Cynthia.Weaver@hrc.org
Ami.Patel@hrc.org

dsiegel@omm.com
preinbold@omm.com
cgibbs@omm.com

Stephen McIntyre (pro hac vice forthcoming)
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Tel: 213-430-6000
smcintyre@omm.com

Paul Sieben (pro hac vice forthcoming)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025-7019
Tel: 650-473-2600
psieben@omm.com

Jennifer Beard (pro hac vice forthcoming)
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823
Tel: 415-984-8700
jbeard@omm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 3, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. There is currently no Counsel of Record for Defendants, and so I certify that I will serve the foregoing on the Attorney General's Office by email.

This 3rd day of July, 2023.

*/s/ Cory Isaacson*
Cory Isaacson