# Exhibit B

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| EMMA KOE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CAYLEE NOGGLE, et al.,<br><br>    Defendants. | Case No. 1:23-cv-02904-SEG |

### [PROPOSED] ORDER GRANTING MOTION OF AMERICAN ACADEMY OF PEDIATRICS AND ADDITIONAL NATIONAL AND STATE MEDICAL AND MENTAL HEALTH ORGANIZATIONS FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER & PRELIMINARY INJUNCTION

This matter is before the Court upon the Motion of American Academy of Pediatrics and Additional National and State Medical and Mental Health Organizations ("*Amici Curiae*") for Leave to File an *Amici Curiae* Brief in Support of Plaintiffs' Motion for Temporary Restraining Order & Preliminary Injunction (Doc. 2). The Motion having been fully briefed, it is hereby:

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the Brief of *Amici Curiae* attached to the Motion is deemed properly filed.

2

**IT IS SO ORDERED.**

Dated: _____           _____
                                         Hon. Sarah E. Geraghty
                                         U.S. District Judge

2