# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:23-cv-02904-SEG**
**Koe et al v. Noggle et al**
**Honorable Sarah E. Geraghty**

---

Minute Sheet for proceedings held In Chambers on 6/30/2023.

TIME COURT COMMENCED: 11:10 A.M.
TIME COURT CONCLUDED: 11:24 A.M.       COURT REPORTER: Melissa Brock
TIME IN COURT: 00:14                    DEPUTY CLERK: Stephanie Pittman
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEYS PRESENT: | Benjamin Bradshaw representing Plaintiffs<br>Nneka Ewulonu representing Plaintiffs<br>Cory Isaacson representing Plaintiffs<br>Elizabeth Littrell representing Plaintiffs<br>** Scott D. McCoy representing Plaintiffs<br>** Meredith Garagiola representing Plaintiffs<br>** Cynthia Cheng-Wun Weaver representing Plaintiffs<br>** Ami Rakesh Patel representing Plaintiffs |
| PROCEEDING CATEGORY: | Telephone Conference (Other Proceeding Non-evidentiary) |
| MINUTE TEXT: | The Court directed Plaintiffs' counsel to serve all Defendants and stated its intention to schedule a hearing on Plaintiffs' TRO motion. Order to follow. |
| HEARING STATUS: | Hearing Concluded |