UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMMA KOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CAYLEE NOGGLE, et al.,<br><br>Defendants. | CIVIL ACTION NO.<br><br>1:23-CV-2904-SEG |

## **O R D E R**

This order concerns the hearing scheduled for July 5 at 11 AM. Given that service on Defendants was accomplished late on June 30 and given that no Defendant has yet appeared in this case, the Court considers it prudent to limit the issues to be addressed at the hearing. Accordingly, the July 5 hearing will be limited to discussion of logistical matters concerning the TRO/preliminary injunction motion, including the setting of a forthcoming evidentiary hearing, and the length, substance, and timing of the same.

**SO ORDERED** this 3rd day of July, 2023.

_____
SARAH E. GERAGHTY
United States District Judge