# UNITED STATES DISTRICT COURT
для the

Northern District of Georgia

| Emma Koe, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-CV-2904-SEG |
| Caylee Noggle, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants.

Date: 07/03/2023

/s/ Stephen J. Petrany
*Attorney's signature*

Stephen J. Petrany  718981
*Printed name and bar number*

Georgia Department of Law
40 Capitol Square S.W.
Atlanta, Georgia 30334
*Address*

spetrany@law.ga.gov
*E-mail address*

(404) 458-3408
*Telephone number*

(943) 200-4293
*FAX number*