# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| EMMA KOE, individually and on behalf of her minor daughter, AMY KOE; HAILEY MOE, individually and on behalf of her minor daughter, TORI MOE; PAUL VOE; ANNA ZOE, individually and on behalf of her minor daughter, LISA ZOE; TRANSPARENT, on behalf of its members,<br><br>    Plaintiffs,<br><br> v.<br><br>CAYLEE NOGGLE, in her official capacity as Commissioner of the Georgia Department of Community Health; GEORGIA DEPARTMENT OF COMMUNITY HEALTH'S BOARD OF COMMUNITY HEALTH; NORMAN BOYD, ROBERT S. COWLES III, DAVID CREWS, RUSSELL CRUTCHFIELD, ROGER F OLSOM, NELVA LEE, MARK SHANE MOBLEY, CYNTHIA RUCKER, ANTHONY WILLIAMSON, in their official capacities as members of the Georgia Department of Community Health's Board of Community Health; THE GEORGIA COMPOSITE MEDICAL BOARD; JOHN S. ANTALIS, | Case No. 1:23-cv-02904-SEG |

SUBRAHMANYA BHAT, WILLIAM BOSTOCK, KATHRYN CHEEK, RUTHIE CRIDER, DEBI DALTON, CHARMAINE FAUCHER, AUSTIN FLINT, SREENIVASULU GANGASANI, JUDY GARDNER, ALEXANDER S. GROSS, CHARLES E. HARRIS, JR., J. JEFFREY MARSHALL, MATTHEW W. NORMAN, BARBY J. SIMMONS, in their official capacities as members of the Georgia Composite Medical Board; DANIEL DORSEY, in his official capacity as the Executive Director of the Georgia Composite Medical Board,

        Defendants.

## ORDER

For good cause shown, the Court **GRANTS** Plaintiffs' Motion for Permission to Bring Technology into Courtroom. The Court hereby **PERMITS** the below individuals to bring smartphones with video capability, Wifi hotspot, laptops, computer monitors, electronic tablets, external hard drives, flash drives and/or thumb drives, printer, projector, laser pointers, office supplies, exhibits (including boxes), and associated cables in to the United States Courthouse on Wednesday, July 5, 2023, for use at the hearing before the Court in Courtroom 2306 of the Richard B. Russell Federal Building:

Benjamin G. Bradshaw
Meredith Garagiola
Danielle Siegel
Steve McIntyre
Elizabeth Littrell
Maya Rajaratnam
Cory Isaacson
Nneka Ewulonu
I'yanna Barker
Cynthia Cheng-Wun Weaver
Ami Rakesh Patel

IT IS SO ORDERED, this 3rd day of July, 2023.

_____
Sarah E. Geraghty
United States District Judge