# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:23-cv-02904-SEG
### Koe et al v. Noggle et al
### Honorable Sarah E. Geraghty

Minute Sheet for proceedings held In Open Court on 07/05/2023.

|  |  |
|---|---|
| TIME COURT COMMENCED: 11:00 A.M. | |
| TIME COURT CONCLUDED: 11:20 A.M. | COURT REPORTER: Melissa Brock |
| TIME IN COURT: 00:20 | DEPUTY CLERK: Brittney Walker |
| OFFICE LOCATION: Atlanta | |

ATTORNEY(S) PRESENT:
Benjamin Bradshaw representing Amy Koe
Benjamin Bradshaw representing Anna Zoe
Benjamin Bradshaw representing Emma Koe
Benjamin Bradshaw representing Hailey Moe
Benjamin Bradshaw representing Lisa Zoe
Benjamin Bradshaw representing Paul Voe
Benjamin Bradshaw representing Tori Moe
Meredith Garagiola representing TransParent
Meredith Garagiola representing Amy Koe
Meredith Garagiola representing Anna Zoe
Meredith Garagiola representing Emma Koe
Meredith Garagiola representing Hailey Moe
Meredith Garagiola representing Lisa Zoe
Meredith Garagiola representing Paul Voe
Meredith Garagiola representing Tori Moe
Cory Isaacson representing TransParent
Cory Isaacson representing Amy Koe
Cory Isaacson representing Anna Zoe
Cory Isaacson representing Emma Koe
Cory Isaacson representing Hailey Moe
Cory Isaacson representing Lisa Zoe
Cory Isaacson representing Paul Voe
Cory Isaacson representing Tori Moe
Elizabeth Littrell representing TransParent
Elizabeth Littrell representing Amy Koe
Elizabeth Littrell representing Anna Zoe

|  |  |
|---|---|
|  | Elizabeth Littrell representing Emma Koe |
|  | Elizabeth Littrell representing Hailey Moe |
|  | Elizabeth Littrell representing Lisa Zoe |
|  | Elizabeth Littrell representing Paul Voe |
|  | Elizabeth Littrell representing Tori Moe |
|  | Stephen Petrany representing The Georgia Composite Medical Board |
|  | Stephen Petrany representing The Georgia Department of Community Healths Board of Community Health |
|  | Stephen Petrany representing Alexander S. Gross |
|  | Stephen Petrany representing Anthony Williamson |
|  | Stephen Petrany representing Austin Flint |
|  | Stephen Petrany representing Barby J. Simmons |
|  | Stephen Petrany representing Caylee Noggle |
|  | Stephen Petrany representing Charles E. Harris |
|  | Stephen Petrany representing Charmaine Faucher |
|  | Stephen Petrany representing Cynthia Rucker |
|  | Stephen Petrany representing Daniel Dorsey |
|  | Stephen Petrany representing David Crews |
|  | Stephen Petrany representing Debi Dalton |
|  | Stephen Petrany representing J. Jeffrey Marshall |
|  | Stephen Petrany representing John S. Antalis |
|  | Stephen Petrany representing Judy Gardner |
|  | Stephen Petrany representing Kathryn Cheek |
|  | Stephen Petrany representing Mark Shane Mobley |
|  | Stephen Petrany representing Matthew W. Norman |
|  | Stephen Petrany representing Nelva Lee |
|  | Stephen Petrany representing Norman Boyd |
|  | Stephen Petrany representing Robert S. Cowles |
|  | Stephen Petrany representing Roger Folsom |
|  | Stephen Petrany representing Russell Crutchfield |
|  | Stephen Petrany representing Ruthie Crider |
|  | Stephen Petrany representing Sreenivasulu Gangasani |
|  | Stephen Petrany representing Subrahmanya Bhat |
|  | Stephen Petrany representing William Bostock |
| PROCEEDING CATEGORY: | Motion Hearing(PI or TRO Hearing-Evidentiary); |
| MOTIONS RULED ON: | [2]Motion for TRO TAKEN UNDER ADVISEMENT [2]Motion for Preliminary Injunction TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | The court held a hearing on 7/5/23. The court discussed the scheduling of an evidentiary hearing with the parties. The plaintiffs moved to file a reply brief to the defendants' response to the Motion for TRO/PI and requested that the evidentiary hearing be held by the end of the week. The defendants informed the court that is in the process of retaining outside counsel and requested that the evidentiary hearing be held in at least a week or more. The court directed the parties to confer no later than 10:00 AM Friday morning (7/7/23) and file a joint proposed schedule no later than 3:00 PM Friday afternoon (7/7/23). In the event that the parties are unable to agree upon a joint proposed schedule, the parties may file their own proposed schedules no later than 3:00 PM Friday afternoon (7/7/23). |

|  |  |
|---|---|
|  | The court granted the plaintiffs' request to file a reply brief to the defendants' response to the Motion for TRO/PI and allowed the defendants to file, if any, a sur-reply. See transcript for more details. |
| HEARING STATUS: | Hearing Concluded |