UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMMA KOE, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CAYLEE NOGGLE, et al.,<br><br>　　　　Defendants. | CIVIL ACTION NO.<br><br>1:23-CV-2904-SEG |

## **O R D E R**

On July 5, 2023, the Court held a scheduling hearing concerning Plaintiffs' motion for a temporary restraining order and preliminary injunction. (Doc. 61.) This order provides for an expedited briefing schedule on several pending motions. Nancy Doe has filed a motion to intervene on behalf of herself and her daughter, Linda Doe. (Doc. 57.) Response(s) to Ms. Doe's motion to intervene are due by July 14, 2023. Ms. Doe's reply brief is due by July 19, 2023. Plaintiffs and Ms. Doe have moved for leave to proceed in the case under pseudonyms. (Doc. 3, 4, 5, 6, 7, 58.) Responses to these motions shall be due by July 14, 2023. Reply briefs are due by July 19, 2023.

**SO ORDERED** this 6th day of July, 2023.

_____
SARAH E. GERAGHTY
United States District Judge