IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMMA KOE et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>CAYLEE NOGGLE et al.,<br><br>            Defendants. | Civil Action No. 1:23-cv-02904-SEG |

## PARTIES' JOINT PROPOSED HEARING AND BRIEFING SCHEDULE

Pursuant to the Court's orders at its July 5, 2023, Hearing ("the Initial Hearing") and subsequent Minute Order (ECF No. 61), the parties met and conferred on July 6th, 2023 at 4:15 PM ET and again on July 7th at 10:00 AM ET to discuss a proposed schedule for an expedited evidentiary hearing. The parties also discussed a proposed schedule for Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 2), Defendants' Sur-Reply, and Plaintiffs' Motions to Proceed Under Pseudonyms. The parties were able to reach agreement as follows.

1

## I. PARTIES' JOINT POSITION REGARDING THE EVIDENTIARY HEARING AND DEFENDANTS' SUBMISSION OF EXPERT DECLARATIONS

The Parties agree that an evidentiary hearing should take place the week of August 7-13. The Parties respectfully request that the Court hold the hearing with live testimony from experts[1] on August 10th, 2023. Plaintiffs have confirmed their experts are available on August 10th.[2] The Parties anticipate that the evidentiary hearing can be completed in one day, but in an abundance of caution, respectfully request that the Court also set aside time on the morning of August 11th should it be necessary. The Parties agreed that Defendants will serve any expert declarations by August 1st, 2023. Plaintiffs anticipate serving one additional expert declaration with their TRO reply and neither party anticipates submitting any further rebuttal testimony.

If the Court is unable to accommodate this request to hold the hearing on August 10th, the Parties submit the following statements regarding alternative dates:

---

[1] Defendants would propose dispensing with direct examinations to save time; Plaintiffs believe direct testimony is necessary. Defendants also reserve the right to seek testimony from the Plaintiffs' fact witnesses but hope to avoid that necessity if possible. Plaintiffs do not believe such testimony is necessary.

[2] Defendants are working to confirm the availability of their anticipated experts, who are in the process of being retained. At least one expert has an obligation the second week of August but can testify remotely, which Plaintiffs have indicated is acceptable to them if necessary. Defendants expect to inform the Court by 5:00 PM ET on Thursday, July 13th, as to the in-person availability of their other experts.

**Plaintiffs' Position:** August 10th represents the outer limit of the time period the Plaintiffs believe the evidentiary hearing should occur, given the imminence of the harms faced by Plaintiffs, and the Court's desire to expedite the proceedings. If the Court is unable to hold a hearing by August 10th, Plaintiffs respectfully request that the Court hold a hearing on Plaintiffs' Motion for a Temporary Restraining Order (ECF No. 2) on or around July 21st, 2023, with a later date set for an evidentiary hearing on Plaintiffs' Motion for a Preliminary Injunction. As described below, the Parties have agreed to complete briefing on the Motion by July 19th, 2023, so the Court will have a complete written record by that date.

**Defendants' Position**: Defendants believe a hearing could be held the week of August 14 if necessary, and (in light of the concerns already raised in the TRO briefing about lack of an imminent harm) believe that is preferable to a decision without a hearing. Indeed, the week of August 14 is preferable for at least one of Defendant's experts but in the interest of compromise they are prepared to proceed with a hearing the week before and appreciate Plaintiffs' willingness to accommodate remote testimony.

II. **PARTIES' JOINT POSITION REGARDING THE BRIEFING SCHEDULE AND PSEUDONYM MOTIONS**

The Parties agree that Plaintiffs will file their Reply to Defendants' Opposition to Plaintiffs' Motion for a Temporary Restraining Order and Preliminary

3

Injunction (ECF No. 41) on July 12th, 2023. Defendants will file their Sur-Reply on July 19th, 2023.

The Parties discussed Plaintiffs' Motions to Proceed Under Pseudonyms (ECF Nos. 3–7). Defendants informed Plaintiffs that they do not intend to challenge Plaintiffs' Motions, but reserve the right to seek discovery with appropriate confidentiality protections.

The parties have further agreed to postpone any deadline for Defendants to submit an answer or other responsive pleading under Rule 12 until 21 days after the court issues a decision on the motion for preliminary injunction.

Respectfully submitted this 7th day of July, 2023.

SOUTHERN POVERTY LAW CENTER
Elizabeth Littrell
Maya Rajaratnam
150 Ponce de Leon Ave.
Ste. 340, Decatur GA 30030
Fax: (404) 221-5857
Email: Beth.Littrell@splcenter.org
Phone: (404) 221-5876
Maya.Rajaratnam@splcenter.org
Phone: (334) 398-0328
Scott D. McCoy*
2 Biscayne Boulevard, Suite 3750
Miami, FL 33131
Email: Scott.McCoy@splcenter.org
Phone: (334) 224-4309

O'MELVENY & MYERS
/s/ Benjamin G. Bradshaw
Benjamin G. Bradshaw*
Deanna M. Rice*
Meredith Garagiola*
Danielle Siegel*
Patric Reinbold*
Carly Gibbs*
O'MELVENY & MYERS LLP
1625 Eye Street N.W.
Washington, DC 20006
Tel: 202-383-5300
bbradshaw@omm.com
drice@omm.com
mgaragiola@omm.com
dsiegel@omm.com
preinbold@omm.com
cgibbs@omm.com

Stephen McIntyre*

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF GEORGIA<br>Cory Isaacson<br>Nneka Ewulonu<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF GEORGIA<br>P.O. Box 570738<br>Atlanta, GA 30357<br>Telephone: (770) 415-5490<br>CIsaacson@acluga.org<br>NEwulonu@acluga.org<br><br>HUMAN RIGHTS CAMPAIGN FOUNDATION<br>Cynthia Cheng-Wun Weaver*<br>Ami Rakesh Patel*<br>1640 Rhode Island Avenue NW<br>Washington, D.C. 20036<br>(202) 993-4180<br>Cynthia.Weaver@hrc.org<br>Ami.Patel@hrc.org | O'MELVENY & MYERS LLP<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071-2899<br>Tel: 213-430-6000<br>smcintyre@omm.com<br><br>Paul Sieben*<br>O'MELVENY & MYERS LLP<br>2765 Sand Hill Road<br>Menlo Park, CA 94025-7019<br>Tel: 650-473-2600<br>psieben@omm.com<br><br>Jennifer Beard*<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center<br>28th Floor<br>San Francisco, CA 94111-3823<br>Tel: 415-984-8700<br>jbeard@omm.com<br><br>*Admitted pro hac vice |

*Attorneys for Plaintiffs*

/s/ Stephen J. Petrany
Christopher M. Carr
Attorney General
Georgia Bar No. 112505
Stephen J. Petrany
Solicitor General
Georgia Bar No. 718981
Ross W. Bergethon
*Principal Deputy Solicitor General*
Georgia Bar No. 054321
Georgia Department of Law

40 Capitol Square SW
Atlanta, Georgia, 30334
404-458-3408
spetrany@law.ga.gov

*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 7, 2023, I electronically filed the foregoing with the Court and served it on opposing counsel through the Court's CM/ECF system. All counsel of record are registered ECF users.

/s/ Benjamin G. Bradshaw
Benjamin G. Bradshaw
