UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMMA KOE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CAYLEE NOGGLE, et al., <br><br> Defendants. | CIVIL ACTION NO. <br><br> 1:23-CV-2904-SEG |

## **O R D E R**

On July 5, 2023, the Court held a scheduling hearing concerning Plaintiffs' motion for a temporary restraining order and preliminary injunction. (Doc. 61.) At the hearing, the Court directed the parties to confer regarding the schedule for briefing and an evidentiary hearing. The Court further directed the parties to file by 3:00 PM on July 7, 2023, a joint proposed schedule or, if the parties could not agree on a joint schedule, their respective proposed schedules. The parties have since agreed on a joint proposed schedule. (Doc. 67.) Having considered the parties' proposal and for good cause shown, the Court ORDERS as follows:

(1) The Court will hold an evidentiary hearing on Plaintiffs' motion for a temporary restraining order and preliminary injunction on August 10, 2023, at 9:00 AM in Courtroom 2307. If the hearing does not conclude on August 10, it will continue at 9:00 AM on August 11, 2023.

(2) Plaintiffs shall file their reply to the Defendants' opposition to Plaintiffs' motion for a temporary restraining order and preliminary injunction by July 12, 2023. Plaintiffs shall serve on Defendants any additional expert declaration(s) by July 12, 2023.

(3) Defendants shall file their sur-reply brief by July 19, 2023.

(4) Defendants shall serve any expert declaration(s) on Plaintiffs by August 1, 2023.

(5) Defendants shall submit an answer or other responsive pleading under Rule 12 of the Federal Rules of Civil Procedure no later than 21 days after the Court's decision on the motion for a preliminary injunction.

**SO ORDERED** this 7th day of July, 2023.

SARAH E. GERAGHTY
United States District Judge