# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

_____

EMMA KOE, individually and on )
behalf of her minor daughter, AMY )
KOE; HAILEY MOE, individually )
and on behalf of her minor daughter, )     Civil Action No.
TORI MOE; PAUL VOE; ANNA )               1:23-cv-02904-SEG
ZOE, individually and on behalf of )
her minor daughter, LISA ZOE; )
TRANSPARENT, on behalf of its )
members, )
  )
              Plaintiffs, )
  )
     v. )
  )
CAYLEE NOGGLE, in her official )
capacity as Commissioner of the )
Georgia Department of Community )
Health; GEORGIA DEPARTMENT )
OF COMMUNITY HEALTH'S )
BOARD OF COMMUNITY )
HEALTH; NORMAN BOYD, )
ROBERT S. COWLES III, DAVID )
CREWS, RUSSELL )
CRUTCHFIELD, )
ROGER FOLSOM, NELVA LEE, )
MARK SHANE MOBLEY, )
CYNTHIA RUCKER, ANTHONY )
WILLIAMSON, in their official )
capacities as members of the Georgia )
Department of Community Health's )
Board of Community Health; )
THE GEORGIA COMPOSITE )
MEDICAL BOARD; JOHN S. )

SUBRAHMANYA BHAT,                    )
WILLIAM BOSTOCK, KATHRYN   )
CHEEK, RUTHIE CRIDER,              )
DEBI DALTON, CHARMAINE       )
FAUCHER, AUSTIN FLINT,            )
SREENIVASULU GANGASANI,      )
JUDY GARDNER, ALEXANDER S. )
GROSS, CHARLES E. HARRIS, JR.,)
J. JEFFREY MARSHALL,               )
MATTHEW W. NORMAN,             )
BARBY J. SIMMONS, in their         )
official capacities as members of the   )
Georgia Composite Medical Board;   )
DANIEL DORSEY, in his official      )
capacity as the Executive Director of  )
the Georgia Composite Medical        )
Board,                                            )
                                                       )
                      Defendants.          )

## NOTICE OF APPEARANCE OF THOMAS J. MEW IV

Pursuant to Local Rule 83.1 (D)(1), N.D. Ga., Intervenor Plaintiffs Nancy

Doe, Individually and on behalf of her minor daughter, Linda Doe hereby notify all

parties and the Court of the appearance of Thomas J. Mew IV, Georgia Bar No.

503447, as co-counsel for Intervenor Plaintiffs Nancy Doe, Individually and on

behalf of her minor daughter, Linda Doe.

Respectfully submitted this 7th day of July, 2023.

                                        BUCKLEY BALA WILSON MEW, LLP

            By:            s/ Thomas J. Mew IV
                            Thomas J. Mew IV

3

Georgia Bar No. 503447
tmew@bbwmlaw.com

600 Peachtree Street NE
Suite 3900
Atlanta, GA  30308
Telephone: (404) 781-1100
Facsimile:  (404) 781-1101

*Co-Counsel for Intervenor Plaintiffs Nancy Doe, Individually and on behalf of her minor daughter, Linda Doe*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

_____

EMMA KOE, individually and on            )
behalf of her minor daughter, AMY        )
KOE; HAILEY MOE, individually            )
and on behalf of her minor daughter,     )        Civil Action No.
TORI MOE; PAUL VOE; ANNA                 )        1:23-cv-02904-SEG
ZOE, individually and on behalf of       )
her minor daughter, LISA ZOE;            )
TRANSPARENT, on behalf of its            )
members,                                 )
                                         )
                    Plaintiffs,          )
                                         )
        v.                               )
                                         )
CAYLEE NOGGLE, in her official           )
capacity as Commissioner of the          )
Georgia Department of Community          )
Health; GEORGIA DEPARTMENT               )
OF COMMUNITY HEALTH'S                     )
BOARD OF COMMUNITY                       )
HEALTH; NORMAN BOYD,                      )
ROBERT S. COWLES III, DAVID              )
CREWS, RUSSELL                           )
CRUTCHFIELD,                             )
ROGER FOLSOM, NELVA LEE,                  )
MARK SHANE MOBLEY,                        )
CYNTHIA RUCKER, ANTHONY                   )
WILLIAMSON, in their official            )
capacities as members of the Georgia     )
Department of Community Health's          )
Board of Community Health;                )

4

THE GEORGIA COMPOSITE          )
MEDICAL BOARD; JOHN S.         )
SUBRAHMANYA BHAT,              )
WILLIAM BOSTOCK, KATHRYN       )
CHEEK, RUTHIE CRIDER,          )
DEBI DALTON, CHARMAINE         )
FAUCHER, AUSTIN FLINT,         )
SREENIVASULU GANGASANI,        )
JUDY GARDNER, ALEXANDER S.     )
GROSS, CHARLES E. HARRIS, JR., )
J. JEFFREY MARSHALL,           )
MATTHEW W. NORMAN,             )
BARBY J. SIMMONS, in their     )
official capacities as members of the )
Georgia Composite Medical Board; )
DANIEL DORSEY, in his official )
capacity as the Executive Director of )
the Georgia Composite Medical  )
Board,                         )
                               )
                Defendants.    )

## CERTIFICATE OF SERVICE

I hereby certify that on this 7ᵗʰ day of July, 2023, the foregoing **Notice of Appearance of Thomas J. Mew IV** was filed electronically through the CM/ECF system, is available for viewing and downloading from the CM/ECF system and will automatically send email notification of such filing to all attorneys of record.

BUCKLEY BALA WILSON MEW, LLP

By:       s/ Thomas J. Mew IV
          Thomas J. Mew IV
          Georgia Bar No. 503447
          tmew@bbwmlaw.com