# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

EMMA KOE et al.,

        Plaintiffs,

v.

CAYLEE NOGGLE et al.,

        Defendants.

Civil Action No. 1:23-cv-02904-SEG

## DEFENDANTS' RESPONSE TO MOTION TO INTERVENE
## AS PLAINTIFF BY NANCY DOE

On July 5, 2023, Nancy Doe, individually and on behalf of her minor daughter Linda Doe, moved to intervene as a plaintiff in this case. *See* ECF 57. Defendants do not oppose Ms. Doe's intervention so long as she does not seek to modify the agreed-upon briefing and hearing schedule already in place. *See* Order, ECF 68. Moreover, although Defendants do not oppose permissive intervention, they reserve all rights to challenge intervenors' standing, including the imminence of the alleged injury.

1

Respectfully submitted this 14th day of July, 2023.

| | |
|---|---|
| | /s/ Stephen J. Petrany |
| Jeffrey M. Harris* | Christopher M. Carr |
| Cameron T. Norris* |   *Attorney General* |
| Tiffany H. Bates* |   Georgia Bar No. 112505 |
| Consovoy McCarthy PLLC | Stephen J. Petrany |
| 1600 Wilson Blvd., Suite 700 |   *Solicitor General* |
| Arlington, VA 22209 |   Georgia Bar No. 718981 |
| (703) 243-9423 | Ross W. Bergethon |
| jeff@consovoymccarthy.com |   *Principal Deputy Solicitor General* |
| cam@consovoymccarthy.com |   Georgia Bar No. 054321 |
| tiffany@consovoymccarthy.com | Georgia Department of Law |
| | 40 Capitol Square SW |
| Patrick Strawbridge* | Atlanta, Georgia, 30334 |
| Consovoy McCarthy PLLC | 404-458-3408 |
| Ten Post Office Square | spetrany@law.ga.gov |
| 8th Floor South PMB #706 | |
| Boston, MA 02109 | |
| (617) 227-0548 | |
| patrick@consovoymccarthy.com | |
| | |
| **pro hac vice motions pending* | Attorneys for Defendants |

## CERTIFICATE OF SERVICE

I hereby certify that, on July 14, 2023, I electronically filed the foregoing with the Court and served it on opposing counsel through the Court's CM/ECF system. All counsel of record are registered ECF users.

/s/ Stephen J. Petrany