# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| EMMA KOE, et al., ) | |
| ) | Civil Action No. |
| ) | 1:23-cv-02904-SEG |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CAYLEE NOGGLE, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF CONSENT TO MOTION TO INTERVENE

Intervenor Plaintiff Nancy Doe, Individually and on behalf of her minor daughter, Linda Doe hereby notifies the Court that she is authorized to state that all Plaintiffs consent to her Motion to Intervene [doc. 57].

Respectfully submitted this 14th day of July, 2023.

                              **BUCKLEY BALA WILSON MEW, LLP**

By:       s/ Thomas J. Mew IV
            Thomas J. Mew IV
            Georgia Bar No. 503447
            tmew@bbwmlaw.com

600 Peachtree Street NE
Suite 3900
Atlanta, GA  30308
Telephone: (404) 781-1100
Facsimile:  (404) 781-1101

*Counsel for Intervenor Plaintiffs Nancy Doe, Individually and on behalf of her minor daughter, Linda Doe*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMMA KOE, et al., ) | |
| ) | Civil Action No. |
| ) | 1:23-cv-02904-SEG |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CAYLEE NOGGLE, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2023, the foreground **Notice of Consent to Motion to Intervene** was filed electronically through the CM/ECF system, is available for viewing and downloading from the CM/ECF system and will automatically send email notification of such filing to all attorneys of record.

**BUCKLEY BALA WILSON MEW, LLP**

By:   s/ Thomas J. Mew IV
Thomas J. Mew IV
Georgia Bar No. 503447
tmew@bbwmlaw.com

3