IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMMA KOE, et al., | ) |
| | )   Civil Action No. |
| | )   1:23-cv-02904-SEG |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| CAYLEE NOGGLE, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## REPLY IN SUPPORT OF MOTION TO INTERVENE AS PLAINTIFFS BY NANCY DOE, INDIVIDUALLY AND ON BEHALF OF HER MINOR DAUGHTER, LINDA DOE

Nancy Doe, individually and on behalf of her minor daughter, Linda Doe, has moved for leave to intervene as a party plaintiff in this case. [Doc. 57]. On July 14, 2023, Defendants filed their response stating that they do not oppose this motion so long as Ms. Doe does not seek to modify the agreed-upon briefing and hearing schedule already in place. [Doc. 71.]

Ms. Doe does not seek the modify the briefing and hearing schedule already in place. Additionally, Plaintiffs have consented to Ms. Doe's motion. [Doc. 72.] Accordingly, Ms. Doe respectfully requests that the Court grant her motion for leave to intervene. A proposed order is attached for the convenience of the Court.

Respectfully submitted this 14th day of July, 2023.

      By:  s/ Thomas J. Mew IV
          Edward D. Buckley
          Georgia Bar No. 092750
          edbuckley@bbwmlaw.com
          Thomas J. Mew IV
          Georgia Bar No. 503447
          tmew@bbwmlaw.com

          BUCKLEY BALA WILSON MEW LLP
          600 Peachtree Street NE, Suite 3900
          Atlanta, GA  30308
          Telephone: (404) 781-1100
          Facsimile: (404) 781-1101
          *Counsel for Nancy Doe individually and on behalf of her minor daughter Linda Doe*

## LR 5.1(C) FONT COMPLIANCE CERTIFICATION

The undersigned counsel certifies that the within and foregoing was prepared using Times New Roman 14-point font in accordance with Local Rule 5.1 of the United States District Court for the Northern District of Georgia.

          s/ Thomas J. Mew IV
          Thomas J. Mew IV
          Georgia Bar No. 503447
          tmew@bbwmlaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| EMMA KOE, et al., ) | |
| ) | Civil Action No. |
| ) | 1:23-cv-02904-SEG |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CAYLEE NOGGLE, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2023, the foregoing was filed electronically through the CM/ECF system, is available for viewing and downloading from the CM/ECF system and will automatically send email notification of such filing to all attorneys of record.

**BUCKLEY BALA WILSON MEW, LLP**

By: s/ Thomas J. Mew IV
Thomas J. Mew IV
Georgia Bar No. 503447
tmew@bbwmlaw.com

3