IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMMA KOE, et al., | ) |
| | ) Civil Action No. |
| | ) 1:23-cv-02904-SEG |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| CAYLEE NOGGLE, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

This case is before the Court on Nancy Doe's, individually and on behalf of her minor daughter, Linda Doe Motion to Intervene as Plaintiffs. [Doc. 57]. On July 14, 2023, Defendants filed their response stating that they do not oppose this motion so long as Ms. Doe does not seek to modify the agreed-upon briefing and hearing schedule already in place. [Doc. 71.] Ms. Doe has filed a reply stating that she does not seek to modify the briefing and hearing schedule already in place. Additionally, Plaintiffs have consented to Ms. Doe's motion. [Doc. 72.]

Accordingly, the Motion to Intervene is GRANTED. Nancy Doe and Linda Doe shall hereinafter be designated as Plaintiffs in this matter. Nancy Doe, individually and on behalf of Linda Doe shall file the Complaint in Intervention

attached Exhibit 2 to the Motion to Intervene no later than three (3) days from the date of this Order.

      SO ORDERED this \_\_\_\_ day of July, 2023

_____
SARAH E. GERAGHTY
United States District Judge

2