# Michael K. Laidlaw, M.D.
Endocrinology, Diabetes, and Metabolism
5180 Grove St.
Rocklin, CA 95677
Office: (916) 315-9100
Fax: (916) 315-0141
docdrlaidlaw@gmail.com

## EMPLOYMENT

| | |
|---|---|
| 2006-Present | Michael K Laidlaw, MD Inc. Private Practice – Endocrinology, Diabetes, and Metabolism. Rocklin, CA |

## EDUCATION

| | |
|---|---|
| 2004-2006 | Endocrinology and Metabolism Fellowship - Los Angeles County/University of Southern California Keck School of Medicine |
| 2001-2004 | Internal Medicine Residency - Los Angeles County/University of Southern California Keck School of Medicine |
| 1997-2001 | University of Southern California Keck School of Medicine Doctor of Medicine Degree May 2001 |
| 1990-1997 | San Jose State University Bachelor of Science Degree in Biology with a concentration in Molecular Biology, Cum Laude |

## LICENSURE

California Medical License – Physician and Surgeon: # A81060: Nov 6, 2002. Exp 5/31/2024.

## PROFESSIONAL AFFILIATIONS

Endocrine Society 2006-2023
American Board of Internal Medicine - Endocrinology, Diabetes, and Metabolism  – 2006
American Board of Internal Medicine - Internal Medicine  - 2005
National Board of Physicians and Surgeons - Endocrinology, Diabetes, & Metabolism 2018-2024
National Board of Physicians and Surgeons - Internal Medicine 2018-2024

## HONORS AND RECOGNITION

| | |
|---|---|
| 2010 | Endocrine Society Harold Vigersky Practicing Physician Travel Award |
| 2004-2005 | Vice President - Joint Council of Interns and Residents |
| 2002-2004 | Council Member – Joint Council of Interns and Residents |
| 1996, 1997 | Dean's Scholar, San Jose State University |
| 1995 | Golden Key National Honor Society |

## RESEARCH AND PUBLICATIONS

| | |
|---|---|
| 2021 | <u>Publication</u> – Michael K Laidlaw, Andre Van Mol, Quentin Van Meter, Jeffrey E Hansen. Letter to the Editor from M Laidlaw et al.: "Erythrocytosis in a Large Cohort of Trans Men Using Testosterone: A Long-Term Follow-Up Study on Prevalence, Determinants, and Exposure Years." The Journal of Clinical Endocrinology & Metabolism, Volume 106, Issue 12, December 2021, Pages e5275–e5276, https://doi.org/10.1210/clinem/dgab514 |
| 2020 | <u>Publication</u> – Van Mol A, Laidlaw MK, Grossman M, McHugh P. "Correction: Transgender Surgery Provides No Mental Health Benefit." Public Discourse, 13 Sep 2020. https://www.thepublicdiscourse.com/2020/09/71296/ |
| 2020 | <u>Publication</u> – VanMol A, Laidlaw MK, Grossman M, McHugh P.. "Gender-affirmation surgery conclusion lacks evidence (letter)". Am J Psychiatry 2020; 177:765–766. |
| 2020 | <u>Publication</u> – Laidlaw MK. "The Pediatric Endocrine Society's Statement on Puberty Blockers Isn't Just Deceptive. It's Dangerous." Public Discourse. 13 Jan 2020. https://www.thepublicdiscourse.com/2020/01/59422/ |
| 2019 | <u>Speech to the U.K. House of Lords</u> – Laidlaw MK. "Medical Harms Associated with the Hormonal and Surgical Therapy of Child and Adolescent Gender Dysphoria". Parliament, London, U.K. 15 May 2019. |
| 2019 | <u>Publication</u> – Laidlaw MK, Cretella M, Donovan K. "The Right to Best Care for Children Does Not Include the Right to Medical Transition". The American Journal of Bioethics. Volume 19. Published online 20 Feb 2019. 75-77. https://doi.org/10.1080/15265161.2018.1557288 |
| 2018 | <u>Publication</u> – Laidlaw MK, Van Meter QL, Hruz PW, Van Mol A, Malone WJ. Letter to the Editor: "Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline." The Journal of Clinical Endocrinology & Metabolism, Volume 104, Issue 3, 1 March 2019, Pages 686–687, https://doi.org/10.1210/jc.2018-01925 (first published on-line 11/2018) |
| 2018 | <u>Publication</u> – Laidlaw MK. "The Gender Identity Phantom". gdworkinggroup.org, 24 Oct 2018. http://gdworkinggroup.org/2018/10/24/the-gender-identity-phantom/ |
| 2018 | <u>Publication</u> – Laidlaw MK. "Gender Dysphoria and Children: An Endocrinologist's Evaluation of 'I am Jazz'". Public Discourse, 5 Apr 2018. https://www.thepublicdiscourse.com/2018/04/21220/ |
| 2013 | <u>Abstract</u> – Poster presentation Jun 2013. Endocrine Society Annual Meeting. A 12 Step Program for the Treatment of Type 2 Diabetes and Obesity. |

| | |
|---|---|
| 2011 | <u>Abstract</u> –  Poster presentation Nov 2011. Journal of Diabetes Science and Technology. A Video Game Teaching Tool for the Prevention of Type 2 Diabetes and Obesity in Children and Young Adults. |
| 2011 | <u>Abstract</u> –  Journal of Diabetes Science and Technology. A Web-Based Clinical Software Tool to Assist in Meeting Diabetes Guidelines and Documenting Patient Encounters. |
| 2008 | <u>Abstract</u>  - Accepted to Endocrine Society Annual Meeting 2008. Hypercalcemia with an elevated 1,25 dihydroxy-Vitamin D level and low PTH due to granulomatous disease. |
| 2005-2006 | <u>Clinical Research</u>  - University of Southern California – Utility of Thyroid Ultrasound in the Detection of Thyroid Cancer. Study involving the use of color flow/power doppler ultrasound and ultrasound guided biopsy to detect the recurrence of thyroid cancer in patients with total thyroidectomies. |
| 2005 | <u>Certification</u>  - Certification in Diagnostic Thyroid Ultrasound and Biopsy – AACE 2005 |
| 2003 | <u>Certification</u>  - Understanding the Fundamentals: Responsibilities and Requirements for the Protection of Human Subjects in Research. University of Southern California. 29 Sep 2003 - 29 Sep 2006 |
| 2002-2005 | <u>Clinical Research</u>  - University of Southern California - Determining the Role of Magnesium in Osteoporosis. Study involved collecting and analyzing patient data related to patient characteristics, laboratory results, bone mineral density exams, nutrition analysis, and genetic analysis in order to determine a link between magnesium deficiency and osteoporosis. |
| 1996 | <u>Research Assistant</u>  - San Jose State University - Role of the suprachiasmatic nucleus pacemaker in antelope ground squirrels. |
| 1995-1996 | <u>Research Assistant</u>  - San Jose State University/NASA. Acoustic tolerance test and paste diet study for space shuttle rats. |

## EXPERT WITNESS WORK AND AMICUS BRIEFS

| | |
|---|---|
| 2023 | <u>Expert Witness</u>  –  Laidlaw MK.  United States District Court for the Northern District of Oklahoma.  PETER POE, et al., Plaintiffs, v.  GENTNER DRUMMOND, et al., Defendants.  Case No. 23-cv-00177-JFH-SH. |
| 2023 | <u>Expert Witness</u>  –  Laidlaw MK.  United States District Court for the Western District of Kentucky.  JANE DOE 1, et al., Plaintiffs, v.  WILLIAM C. THORNBURY, JR., MD, in his official capacity as the President of the Kentucky Board of Medical Licensure, et al., Defendants. Case No. 3:23-cv-00230-DJH. |
| 2023 | <u>Expert Witness</u>  –  Laidlaw MK. United States District Court for the Middle District of Tennessee Nashville Division.  L.W., by and through her parents and next friends, Samantha Williams and Brian Wil-liams, et al.  Plaintiffs, v. |

|   |   |
|---|---|
|   | JONATHAN SKRMETTI, in his official ca-pacity as the Tennessee Attorney General and Reporter, et al.,   Defendants. Case No. 3:23-cv-00376. |
| 2022-2023 | <u>Expert Witness</u> – Laidlaw MK.  United States District Court for the Northern District of Florida Tallahassee Division. AUGUST DEKKER, et al., Plaintiffs, v. SIMONE MARSTILLER, et al., Defendants.  Case No. 4:22-cv-00325-RHMAF.  Report October 3, 2022. Testified in court October 12, 2022.  Expert Report February 17, 2023. Rebuttal March 10, 2023. |
| 2022 | <u>Expert Witness Report</u> –  Laidlaw MK.  C. P., by and through his parents, Patricia Pritchard and Nolle Pritchard; and PATRICIA PRITCHARD, Plaintiff, vs.  BLUE CROSS BLUE SHIELD OF ILLINOIS, Defendants. Case No. 3:20-cv-06145-RJB |
| 2022 | <u>Expert Witness Report</u> –  Laidlaw MK.  DISTRICT COURT OF TRAVIS COUNTY, TEXAS 459th JUDICIAL DISTRICT.  PFLAG, INC., ET AL., Plaintiffs, v.  GREG ABBOTT, ET AL., Defendants. NO. D-1-GN-22-002569. 3 July 2022. |
| 2022 | <u>Expert Witness Report #2</u> –  Laidlaw MK. United States District Court for the District of Arizona. DH and John Doe, Plaintiffs, vs. Jami Snyder, Director of the Arizona Health Care Cost Containment System, in her official capacity, Defendant. Case No. 4:20-cv-00335-SHR.  24 Jun 2022. (Sealed under Protective Order). |
| 2022 | <u>Expert Witness Report</u> –  Laidlaw MK. United States District Court for the Middle District of Alabama Northern Division. REV. PAUL A. EKNES-TUCKER, et al., Plaintiffs, v. KAY IVEY, in her official capacity as Governor of Alabama, et al., Defendants.  Civil Action No. 2:22-cv-184-LCB. 2 May 2022. |
| 2021 | <u>Brief of Amicus Curiae</u> – Bursch, John J., McCaleb, Gary S., Van Meter, Quentin L., Laidlaw, Michael K., Van Mol, Andre, Hansen, Jeffrey E.  Brief of Amicus Curiae.  United States Court of Appeals for the Eight Circuit. DYLAN BRANDT, et al., Plaintiffs-Appellees v. LESLIE RUTLEDGE, in her official capacity as the Arkansas Attorney General, et. al. Defendants-Appellants. 23 Nov 2021. |
| 2021 | <u>Expert Witness</u> –  JULIANA PAOLI v. JOSEPH HUDSON et al. heard in THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF TULARE. CASE NO. 279126. 2021. |
| 2021 | <u>Brief of Amicus Curiae</u> – Bursch, John J., McCaleb, Gary S., Grossman, Miriam, Van Meter, Quentin L., Laidlaw, Michael K., Van Mol, Andre, Hansen, Jeffrey E. Brief of Amicus Curiae.  United States Court of Appeals for the Eleventh Circuit. DREW ADAMS, Plaintiffs-Appellee v. SCHOOL BOARD OF ST. JOHNS COUNTY, FLORIDA, et. al. Defendants-Appellant. 26 Oct 2021. |
| 2020 | <u>Expert Witness Affidavit 1 & 2</u> –  Laidlaw MK. Supreme Court of British Columbia. File No.  S2011599, Vancouver Registry. Between A.M. Plaintiff and Dr. F and Daniel McKee Defendants.  11/23/20 & 11/25/20. |

| | |
|---|---|
| 2020 | <u>Brief of Amicus Curiae</u> – Wenger, Randal L., McCaleb, Gary S., Grossman, Miriam, Laidlaw, Michael K., McCaleb, Gary S., Van Meter, Quentin L., Van Mol, Andre.  Brief of Amicus Curiae.  United States Court of Appeals for the Ninth Circuit. LINDSAY HECOX and JANE DOE, with her next friends Jean Doe and John Doe, Plaintiffs-Appellees v.  BRADLEY LITTLE, in his official capacity as Governor of the State of Idaho, et. al. Defendant-Appellant. 19 Nov 2020 |
| 2020 | <u>Expert Witness Report</u> –  Laidlaw MK. United States District Court for the District of Arizona. DH and John Doe, Plaintiffs, vs. Jami Snyder, Director of the Arizona Health Care Cost Containment System, in her official capacity, Defendant. Case No. 4:20-cv-00335-SHR.  27 Sep 2020. |
| 2019 | <u>Expert Witness Affidavit</u> –  Laidlaw MK. Court of Appeal File No. CA45940, Vancouver Registry. B.C. Supreme Court File No. E190334, between A.B. Respondent/Claimant, and C.D. Appellant/Respondent, and E.F. Respondent/Respondent. 24 Jun 2019. |
| 2018 | <u>Brief of Amicus Curiae</u> –  Alliance Defending Freedom, Campbell, James A., Grossman, Miriam, Laidlaw, Michael K., McCaleb, Gary S., Van Meter, Quentin L., Van Mol, Andre.  Brief of Amicus Curiae.  United States Court of Appeals for the Eleventh Circuit. Drew Adams, Plaintiff-Appellee, v. School Board of St. Johns County, Florida, Defendant-Appellant. 12/27/2018. |

## PERSONAL

Languages: Conversational Spanish, French
Tutor: Biochemistry, computer science, High School mentor
Computers: Ruby, Rails, Javascript, C++, C, Java, and HTML programming