IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMMA KOE, individually and on behalf of her minor daughter, et al., <br><br>Plaintiffs, <br><br>v. <br><br>CAYLEE NOGGLE, in her official capacity as Commissioner of the Georgia Department of Community Health;, et al., <br><br>Defendants. | Civil Action No. <br>  1:23-cv-02904-SEG |

## INTERVENOR PLAINTIFF NANCY DOE, INDIVIDUALLY AND ON BEHALF OF HER MINOR DAUGHTER, LINDA DOE'S MOTION FOR PRELIMINARY INJUNCTION

Nancy Doe, individually and on behalf of her minor daughter, Linda Doe hereby moves the Court pursuant to Rule 65 of the Federal Rules of Civil Procedure for a preliminary injunction enjoining the enforcement of Georgia Senate Bill 140.

In support of this motion, Ms. Doe adopts and relies upon the Motion for Temporary Restraining Order & Preliminary Injunction filed by the other

Plaintiffs in this case as well as the initial brief in support, supporting declarations, and reply brief previously filed by the other Plaintiffs in this case (docs. 2, 2-1 through 2-9, 70) and her own declaration (doc. 57-1.)

WHEREFORE, Ms. Doe respectfully requests that this Court grant her motion.

This 4th day of August, 2023.

/s/ Thomas J. Mew IV
Edward D. Buckley
Georgia Bar No. 092750
edbuckley@bbwmlaw.com
Thomas J. Mew IV
Georgia Bar No. 503447
tmew@bbwmlaw.com

BUCKLEY BALA WILSON MEW LLP
600 Peachtree Street NE, Suite 3900
Atlanta, GA  30308
Telephone: (404) 781-1100
Facsimile: (404) 781-1101
*Counsel for Intervenor Plaintiff Nancy Doe individually and on behalf of her minor daughter Linda Doe*

## LR 5.1(C) FONT COMPLIANCE CERTIFICATION

The undersigned counsel certifies that the within and foregoing was prepared using Times New Roman 14-point font in accordance with Local Rule 5.1 of the United States District Court for the Northern District of Georgia.

*/s/ Thomas J. Mew*
Thomas J. Mew IV
Georgia Bar No. 503447
tmew@bbwmlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMMA KOE, individually and on behalf of her minor daughter, et al., ) ) ) | |
| Plaintiffs, ) ) ) ) | Civil Action No. 1:23-cv-02904-SEG |
| v. ) ) | |
| CAYLEE NOGGLE, in her official capacity as Commissioner of the Georgia Department of Community Health;, et al., ) ) ) ) ) ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

*/s/ Thomas J. Mew IV*
Thomas J. Mew IV
Georgia Bar No. 503447
tmew@bbwmlaw.com

4