IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMMA KOE et al., <br><br> Plaintiffs, <br><br> v. <br><br> CAYLEE NOGGLE et al., <br><br> Defendants. | Civil Action No. 1:23-cv-02904-SEG |

**MOTION FOR PERMISSION TO
BRING TECHNOLOGY INTO THE COURTROOM**

Pursuant to Northern District of Georgia Local Rule 83.4, counsel for Plaintiffs hereby requests the Court issue an order allowing the below plaintiffs' counsel, plaintiffs' experts, and plaintiffs' counsel's agents to bring smartphones with video capability, Wifi hotspots, laptops, computer monitors, electronic tablets, external hard drives, flash drives and/or thumb drives, a printer, a projector, laser pointers, office supplies, physical exhibits (including boxes) and other documents, and associated cables into the United States Courthouse on Thursday, August 10, 2023, and Friday, August 11, 2023, for use at the hearing before the Court in Courtroom 2306 of the Richard B. Russell Federal Building:

1

Benjamin Bradshaw
Meredith Garagiola
Danielle Siegel
Steve McIntyre
Deanna Rice
Patric Reinbold
Jennifer Beard
Carly Gibbs
Elizabeth Littrell
Scott McCoy
Maya Rajaratnam
Cory Isaacson
Nneka Ewulonu
I'yanna Barker
Cynthia Cheng-Wun Weaver
Ami Rakesh Patel
Daniel Shumer
Renelle Massey
Meredithe McNamara

For the Court's convenience, a proposed order is submitted herewith.

Respectfully submitted this 7th day of August, 2023.

SOUTHERN POVERTY LAW CENTER
Elizabeth Littrell
Maya Rajaratnam
150 Ponce de Leon Ave., Ste. 340
Decatur, GA 30030
Phone: (404) 221-5876
Beth.Littrell@splcenter.org
Maya.Rajaratnam@splcenter.org

Scott D. McCoy*
2 Biscayne Boulevard, Suite 3750

O'MELVENY & MYERS
/s/ Benjamin G. Bradshaw
Benjamin G. Bradshaw*
Deanna M. Rice*
Meredith Garagiola*
Danielle Siegel*
Patric Reinbold*
Carly Gibbs*
O'MELVENY & MYERS LLP
1625 Eye Street N.W.
Washington, DC 20006
Phone: (202) 383-5300

Miami, FL 33131
Phone: (334) 224-4309
Scott.McCoy@splcenter.org

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF GEORGIA
Cory Isaacson
Nneka Ewulonu
P.O. Box 570738
Atlanta, GA 30357
Phone: (770) 415-5490
CIsaacson@acluga.org
NEwulonu@acluga.org

HUMAN RIGHTS CAMPAIGN FOUNDATION
Cynthia Cheng-Wun Weaver*
Ami Rakesh Patel*
1640 Rhode Island Avenue NW
Washington, DC 20036
Phone: (202) 993-4180
Cynthia.Weaver@hrc.org
Ami.Patel@hrc.org

bbradshaw@omm.com
drice@omm.com
mgaragiola@omm.com
dsiegel@omm.com
preinbold@omm.com
cgibbs@omm.com

Stephen McIntyre*
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Phone: (213) 430-6000
smcintyre@omm.com

Paul Sieben*
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025
Phone: (650) 473-2600
psieben@omm.com

Jennifer Beard*
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111
Phone: (415) 984-8700
jbeard@omm.com

*Admitted pro hac vice

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 7, 2023, I electronically filed the foregoing with the Court and served it on opposing counsel through the Court's CM/ECF system. All counsel of record are registered ECF users.

/s/ Benjamin G. Bradshaw
Benjamin G. Bradshaw