IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMMA KOE et al., <br><br> Plaintiffs, <br><br> v. <br><br> CAYLEE NOGGLE et al., <br><br> Defendants. | Civil Action No. 1:23-cv-02904-SEG |

### [PROPOSED] ORDER PERMITTING ELECTRONIC DEVICES & TECHNOLOGY IN COURT

For good cause shown, the Court **GRANTS** Plaintiffs' Motion for Permission to Bring Technology into Courtroom. The Court hereby **PERMITS** the below individuals to bring smartphones with video capability, Wifi hotspots, laptops, computer monitors, electronic tablets, external hard drives, flash drives and/or thumb drives, a printer, a projector, laser pointers, office supplies, physical exhibits and other documents (including boxes), and associated cables into the United States Courthouse on Thursday, August 10, 2023, and Friday, August 11, 2023, for use at the hearing before the Court in Courtroom 2306 of the Richard B. Russell Federal Building:

Benjamin Bradshaw
Meredith Garagiola
Danielle Siegel
Steve McIntyre
Deanna Rice
Patric Reinbold
Jennifer Beard
Carly Gibbs
Elizabeth Littrell
Scott McCoy
Maya Rajaratnam
Cory Isaacson
Nneka Ewulonu
I'yanna Barker
Cynthia Cheng-Wun Weaver
Ami Rakesh Patel
Daniel Shumer
Renelle Massey
Meredithe McNamara

IT IS SO ORDERED, this 7th day of August, 2023.

_____
Honorable Sarah E. Geraghty
United States District Judge