# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| EMMA KOE et al., <br><br> Plaintiffs, <br><br> v. <br><br> CAYLEE NOGGLE et al., <br><br> Defendants. | Civil Action No. 1:23-cv-02904-SEG |

## DEFENDANTS' MOTION FOR PERMISSION TO BRING ELECTRONIC DEVICES & TECHNOLOGY INTO THE COURTROOM

Pursuant to Northern District of Georgia Local Rule 83.4, counsel for Defendants requests the Court issue an order allowing Defendants' counsel, their agents, and their experts (listed below) to bring smartphones with video capability, Wifi hotspots, laptops, computer monitors, electronic tablets, external hard drives, flash drives and/or thumb drives, a printer, a projector, laser pointers, office supplies, physical exhibits (including boxes) and other documents, and associated cables into the United States Courthouse on Thursday, August 10, 2023, and Friday, August 11, 2023, for use at the hearing before the Court in Courtroom 2306 of the Richard B. Russell Federal Building:

Jeffrey Harris
Patrick Strawbridge
Tiffany Bates
Harrison Chen
James Cantor
Paul Hruz

For the Court's convenience, a proposed order is attached.

Respectfully submitted this 7th day of August, 2023.

|  |  |
|---|---|
| Christopher M. Carr<br>  *Attorney General*<br>  Georgia Bar No. 112505<br>Stephen J. Petrany<br>  *Solicitor General*<br>  Georgia Bar No. 718981<br>Ross W. Bergethon<br>  *Principal Deputy Solicitor General*<br>  Georgia Bar No. 054321<br>Georgia Department of Law<br>40 Capitol Square SW<br>Atlanta, Georgia, 30334<br>404-458-3408<br>spetrany@law.ga.gov | */s/ Jeffrey M. Harris*<br>Jeffrey M. Harris*<br>Cameron T. Norris*<br>Tiffany H. Bates*<br>Consovoy McCarthy PLLC<br>1600 Wilson Blvd., Suite 700<br>Arlington, VA 22209<br>(703) 243-9423<br>jeff@consovoymccarthy.com<br>cam@consovoymccarthy.com<br>tiffany@consovoymccarthy.com<br><br>Patrick Strawbridge*<br>Consovoy McCarthy PLLC<br>Ten Post Office Square<br>8th Floor South PMB #706<br>Boston, MA 02109<br>(617) 227-0548<br>patrick@consovoymccarthy.com<br><br>**pro hac vice*<br><br>*Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I certify that, on August 7, 2023, I electronically filed the foregoing with the Court and served it on opposing counsel through the Court's CM/ECF system. All counsel of record are registered ECF users.

*/s/ Jeffrey M. Harris*