IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMMA KOE et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>CAYLEE NOGGLE et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 1:23-cv-02904-SEG |

## [PROPOSED] ORDER PERMITTING ELECTRONIC DEVICES & TECHNOLOGY IN THE COURTROOM

For good cause shown, the Court **GRANTS** Defendants' Motion for Permission to Bring Electronic Devices and Technology into Courtroom. The Court hereby **PERMITS** the individuals listed below to bring smartphones with video capability, Wifi hotspots, laptops, computer monitors, electronic tablets, external hard drives, flash drives and/or thumb drives, a printer, a projector, laser pointers, office supplies, physical exhibits and other documents (including boxes), and associated cables into the United States Courthouse on Thursday, August 10, 2023, and Friday, August 11, 2023, for use at the hearing before the Court in Courtroom 2306 of the Richard B. Russell Federal Building:

Jeffrey Harris
Patrick Strawbridge
Tiffany Bates
Harrison Chen
James Cantor
Paul Hruz

IT IS SO ORDERED, this 7th day of August, 2023.

_____
Honorable Sarah E. Geraghty
United States District Judge