# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| EMMA KOE, individually and on behalf of her minor daughter, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CAYLEE NOGGLE, in her official capacity as Commissioner of the Georgia Department of Community Health, et al.,<br><br>Defendants. | Civil Action No.<br>1:23-cv-02904-SEG |

## NOTICE OF FILING SUPPLEMENTAL DECLARATION

Intervenor Plaintiff Nancy Doe, individually and on behalf of her minor daughter, Linda Doe, hereby files her Supplemental Declaration in this case and in further support of her Motion for Preliminary Injunction (Doc. 94).

Respectfully submitted this 9th day of August, 2023.

                                                */s/ Thomas J. Mew IV*
                                               Edward D. Buckley
                                               Georgia Bar No. 092750
                                               edbuckley@bbwmlaw.com
                                               Thomas J. Mew IV
                                               Georgia Bar No. 503447
                                               tmew@bbwmlaw.com

BUCKLEY BALA WILSON MEW LLP
600 Peachtree Street NE, Suite 3900
Atlanta, GA  30308
Telephone: (404) 781-1100
Facsimile: (404) 781-1101

*Counsel for Intervenor Plaintiff Nancy Doe individually and on behalf of her minor daughter Linda Doe*

## LR 5.1(C) FONT COMPLIANCE CERTIFICATION

The undersigned counsel certifies that the within and foregoing was prepared using Times New Roman 14-point font in accordance with Local Rule 5.1 of the United States District Court for the Northern District of Georgia.

*/s/ Thomas J. Mew*
Thomas J. Mew IV
Georgia Bar No. 503447
tmew@bbwmlaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| EMMA KOE, individually and on behalf of her minor daughter, et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 1:23-cv-02904-SEG |
| v. | ) ) ) ) | |
| CAYLEE NOGGLE, in her official capacity as Commissioner of the Georgia Department of Community Health, et al., | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2023, I electronically filed the foregoing NOTICE OF FILING SUPPLEMENTAL DECLARATION with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

                                               */s/ Thomas J. Mew IV*
                                               Thomas J. Mew IV
                                               Georgia Bar No. 503447
                                               tmew@bbwmlaw.com