# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| EMMA KOE et al., <br><br> Plaintiffs, <br><br> v. <br><br> CAYLEE NOGGLE et al., <br><br> Defendants. | Civil Action No. 1:23-cv-02904-SEG |

## DEFENDANTS' MOTION FOR PERMISSION TO BRING ELECTRONIC DEVICES & TECHNOLOGY INTO THE COURTROOM

Given Defendants' expert Dr. Michael Laidlaw's ability to attend in person, counsel for Defendants requests the Court issue an order allowing Dr. Laidlaw to bring a smartphone with video capability, Wifi hotspot, laptop, computer monitor, electronic tablet, external hard drives, flash drives and/or thumb drives, office supplies, physical exhibits (including boxes) and other documents, and associated cables into the United States Courthouse on Friday, August 11, 2023, for use at the hearing before the Court in Courtroom 2308 of the Richard B. Russell Federal Building. *See* Local Rule 83.4l.

For the Court's convenience, a proposed order is attached.

Respectfully submitted this 10th day of August, 2023.

| | |
|---|---|
| Christopher M. Carr<br>  *Attorney General*<br>  Georgia Bar No. 112505<br>Stephen J. Petrany<br>  *Solicitor General*<br>  Georgia Bar No. 718981<br>Ross W. Bergethon<br>  *Principal Deputy Solicitor General*<br>  Georgia Bar No. 054321<br>Georgia Department of Law<br>40 Capitol Square SW<br>Atlanta, Georgia, 30334<br>404-458-3408<br>spetrany@law.ga.gov | */s/ Jeffrey M. Harris*<br>Jeffrey M. Harris*<br>Cameron T. Norris*<br>Tiffany H. Bates*<br>Consovoy McCarthy PLLC<br>1600 Wilson Blvd., Suite 700<br>Arlington, VA 22209<br>(703) 243-9423<br>jeff@consovoymccarthy.com<br>cam@consovoymccarthy.com<br>tiffany@consovoymccarthy.com<br><br>Patrick Strawbridge*<br>Consovoy McCarthy PLLC<br>Ten Post Office Square<br>8th Floor South PMB #706<br>Boston, MA 02109<br>(617) 227-0548<br>patrick@consovoymccarthy.com<br><br>**pro hac vice*<br><br>*Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I certify that, on August 10, 2023, I electronically filed the foregoing with the Court and served it on opposing counsel through the Court's CM/ECF system. All counsel of record are registered ECF users.

*/s/ Jeffrey M. Harris*