# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| EMMA KOE et al., <br><br> Plaintiffs, <br><br> v. <br><br> CAYLEE NOGGLE et al., <br><br> Defendants. | Civil Action No. 1:23-cv-02904-SEG |

## ORDER

For good cause shown, the Court **GRANTS** Defendants' Motion for Permission to Bring Electronic Devices and Technology into Courtroom. The Court hereby **PERMITS** the individual listed below to bring a smartphone with video capability, Wifi hotspot, laptop, computer monitor, electronic tablet, external hard drives, flash drives and/or thumb drives, office supplies, physical exhibits and other documents (including boxes), and associated cables into the United States Courthouse on Friday, August 11, 2023, for use at the hearing before the Court in Courtroom 2308 of the Richard B. Russell Federal Building:

Michael Laidlaw

SO ORDERED this 10th day of August, 2023.

                                         *[signature]*
                                         Sarah E. Geraghty
                                         United States District Judge