# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:23-cv-02904-SEG
### Koe et al v. Noggle et al
### Honorable Sarah E. Geraghty

Minute Sheet for proceedings held In Open Court on 08/10/2023.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 5:37 P.M.        COURT REPORTER: Melissa Brock
TIME IN COURT: 7:37                    DEPUTY CLERK: Stephanie Pittman
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEYS PRESENT: | Benjamin Bradshaw representing Plaintiffs<br>Cory Isaacson representing Plaintiffs<br>Elizabeth Littrell representing Plaintiffs<br>Meredith Garagiola representing Plaintiffs<br>Cynthia Cheng-Wun Weaver representing Plaintiffs<br>Jennifer Beard representing Plaintiffs<br>Carly Gibbs representing Plaintiffs<br>Stephen McIntyre representing Plaintiffs<br>Nneka Ewulonu representing Plaintiffs<br>Tiffany Bates representing Defendants<br>Jeffrey Harris representing Defendants<br>Stephen John Petrany representing Defendants<br>Patrick Strawbridge representing Defendants<br>Edward D. Buckley representing Intervenor Plaintiffs<br>Thomas Joseph Mew, IV representing Intervenor Plaintiffs |
| PROCEEDING CATEGORY: | Evidentiary Hearing (PI or TRO Hearing-Evidentiary) |
| MINUTE TEXT: | Plaintiffs' witness, Dr. Daniel Shumer, was sworn and testified on direct, cross, and redirect. Plaintiff's witness, Dr. Meredithe McNamara, was sworn and testified on direct, cross, and redirect. Defendants' witness, Dr. Paul Hruz, was sworn and testified on direct and cross. Defendants' witness, Dr. James Cantor, was sworn and testified on direct, cross, and redirect. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:00 am on August 11. |