# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:23-cv-02904-SEG
### Koe et al v. Noggle et al
### Honorable Sarah E. Geraghty

Minute Sheet for proceedings held In Open Court on 08/11/2023.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 3:12 P.M.        COURT REPORTER: Melissa Brock
TIME IN COURT: 5:12                                    DEPUTY CLERK: Stephanie Pittman
OFFICE LOCATION: Atlanta

ATTORNEYS PRESENT:
Benjamin Bradshaw representing Plaintiffs
Cory Isaacson representing Plaintiffs
Elizabeth Littrell representing Plaintiffs
Meredith Garagiola representing Plaintiffs
Cynthia Cheng-Wun Weaver representing Plaintiffs
Jennifer Beard representing Plaintiffs
Carly Gibbs representing Plaintiffs
Stephen McIntyre representing Plaintiffs
Nneka Ewulonu representing Plaintiffs
Tiffany Bates representing Defendants
Jeffrey Harris representing Defendants
Stephen John Petrany representing Defendants
Patrick Strawbridge representing Defendants
Edward D. Buckley representing Intervenor Plaintiffs
Thomas Joseph Mew, IV representing Intervenor Plaintiffs

PROCEEDING CATEGORY: Evidentiary Hearing (PI or TRO Hearing-Evidentiary)

MINUTE TEXT: Having no objections from Defendants, the Court GRANTED motion for leave to file a brief of amici curiae (Doc. 23) and DIRECTED the Clerk to file the amicus brief on the docket (Doc. 23-1). Plaintiffs' witness, Dr. Renelle "Ren" Massey, was sworn and testified on direct, cross, and redirect. Defendants' oral motion to strike Dr. Massey's declaration was DENIED. Defendants' witness, Dr. Michael Laidlaw, was sworn and testified on direct and cross. Closing arguments. The Court TOOK UNDER ADVISEMENT Plaintiffs' motion for temporary restraining order and preliminary injunction (Doc. 2) and Intervenor Plaintiff Nancy Doe's motion for preliminary injunction (Doc. 94).

| | |
|---|---|
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Plaintiffs' exhibits  PX 1-18, PX 19 (Doc. 2-1), PX 20 (Doc. 2-2), PX 21 (Doc. 2-3), PX 22 (Doc. 2-4), PX 23 (Doc. 2-5), PX 24 (Doc. 2-6), PX 25 (Doc. 2-7), PX 26 (Doc. 99-1) and Defendants' exhibits DX 1-12, DX 13 (Doc. 78-1), DX 14 (Doc. 78-2), DX 15 (Doc. 78-3), DX 16 (Doc. 78-4), and DX 17 (Doc. 78-5) admitted and retained by the Court to be forwarded to the Clerk's Office. |