# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| EMMA KOE, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>RUSSEL CARLSON, et al.,<br><br>                Defendants. | Civil Action No. 1:23-cv-02904-SEG |

## **NOTICE OF SUBSTITUTION**

Defendants notify the Court that on August 1, 2023, Russel Carlson became Commissioner for the Georgia Department of Community Health. *See* ECF 106. Caylee Noggle no longer serves in that position. Defendants also notify the Court that George Harrison has been added as a member of the Georgia Composite Medical Board. Under the Federal Rules of Civil Procedure, a public "officer's successor is automatically substituted as a party" and "[l]ater proceedings should be in the substituted party's name." *See* Fed. R. Civ. Pro. 25(d). Defendants respectfully request that the Clerk's office update the docket to reflect the caption included on this notice.

Respectfully submitted this 22nd day of August, 2023.

Christopher M. Carr
  *Attorney General*
  Georgia Bar No. 112505
Stephen J. Petrany
  *Solicitor General*
  Georgia Bar No. 718981
Ross W. Bergethon
  *Principal Deputy Solicitor General*
  Georgia Bar No. 054321
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia, 30334
404-458-3408
spetrany@law.ga.gov

*/s/ Jeffrey M. Harris*
Jeffrey M. Harris*
Cameron T. Norris*
Tiffany H. Bates*
Consovoy McCarthy PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
jeff@consovoymccarthy.com
cam@consovoymccarthy.com
tiffany@consovoymccarthy.com

Patrick Strawbridge*
Consovoy McCarthy PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(617) 227-0548
patrick@consovoymccarthy.com

**pro hac vice*

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that, on August 22, 2023, I electronically filed the foregoing with the Court and served it on opposing counsel through the Court's CM/ECF system. All counsel of record are registered ECF users.

*/s/ Jeffrey M. Harris*