UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMMA KOE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CAYLEE NOGGLE, et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>1:23-CV-2904-SEG |

**ORDER**

On August 20, 2023, this Court issued an order granting Plaintiffs' motion for preliminary injunction. (Doc. 106.) Defendants have filed a motion asking the Court to vacate that ruling in light of the Eleventh Circuit's recent decision in *Eknes-Tucker v. Governor of Alabama*, -- F.4th --, 2023 WL 5344981 (11th Cir. 2023). (Doc. 108.) Plaintiffs are DIRECTED to file a response to the motion by no later than Friday, August 25, 2023. Any reply shall be due by Tuesday, August 29, 2023.

**SO ORDERED** this 22nd day of August, 2023.

*/s/ Sarah E. Geraghty*
SARAH E. GERAGHTY
United States District Judge