IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMMA KOE et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>CAYLEE NOGGLE et al.,<br><br>            Defendants. | Civil Action No. 1:23-cv-02904-SEG |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION FOR RECONSIDERATION**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to Local Rule 7.4 and the Court's Standing Order Regarding Civil Litigation, Part III.C., Plaintiffs hereby file this Motion for Extension of Time to Respond to Defendants' Motion for Reconsideration (ECF No. 108). In support thereof, Plaintiffs state as follows:

1.      Defendants filed their Motion for Reconsideration on August 22, 2023.

2.      On that same day the Court issued an order requiring Plaintiffs to respond to Defendants' Motion for Reconsideration by Friday, August 25, 2023, and for Defendants to reply by Tuesday, August 29, 2023 (ECF No. 109).

3.      On August 22, 2023, counsel for Plaintiffs contacted court reporter

Melissa Brock and requested a copy of the official transcript of the preliminary injunction hearing that was held on August 10 and 11, 2023.

4. On August 23, 2023, Ms. Brock informed counsel for Plaintiffs that the transcript will not be available until August 28, 2023.

5. Plaintiffs therefore respectfully request that the Court extend Plaintiffs' deadline to respond to Defendants' Motion for Reconsideration to August 30, 2023, in order to enable Plaintiffs to incorporate testimony from the preliminary injunction hearing in their response.

6. Plaintiffs contacted counsel for Defendants pursuant to the Court's Standing Order Regarding Civil Litigation, Part III.C. to meet and confer. Counsel for Defendants indicated that they oppose Plaintiffs' Motion.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that the Court extend Plaintiffs' deadline to respond to Defendants' Motion for Reconsideration to August 30, 2023.

Respectfully submitted this 23th day of August, 2023.

| | |
|---|---|
| SOUTHERN POVERTY LAW CENTER | O'MELVENY & MYERS |
| | /s/ Benjamin G. Bradshaw |
| Elizabeth Littrell | Benjamin G. Bradshaw* |
| Maya Rajaratnam | Deanna M. Rice* |
| 150 Ponce de Leon Ave. | Meredith Garagiola* |
| Ste. 340, Decatur GA 30030 | Danielle Siegel* |
| Fax: (404) 221-5857 | Patric Reinbold* |
| Email: Beth.Littrell@splcenter.org | Carly Gibbs* |
| Phone: (404) 221-5876 | O'MELVENY & MYERS LLP |

Maya.Rajaratnam@splcenter.org
Phone: (334) 398-0328
Scott D. McCoy*
2 Biscayne Boulevard, Suite 3750
Miami, FL 33131
Email: Scott.McCoy@splcenter.org
Phone: (334) 224-4309

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF GEORGIA
Cory Isaacson
Nneka Ewulonu
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF GEORGIA
P.O. Box 570738
Atlanta, GA 30357
Telephone: (770) 415-5490
CIsaacson@acluga.org
NEwulonu@acluga.org

HUMAN RIGHTS CAMPAIGN FOUNDATION
Cynthia Cheng-Wun Weaver*
Ami Rakesh Patel*
1640 Rhode Island Avenue NW
Washington, D.C. 20036
(202) 993-4180
Cynthia.Weaver@hrc.org
Ami.Patel@hrc.org

1625 Eye Street N.W.
Washington, DC 20006
Tel: 202-383-5300
bbradshaw@omm.com
drice@omm.com
mgaragiola@omm.com
dsiegel@omm.com
preinbold@omm.com
cgibbs@omm.com

Stephen McIntyre*
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Tel: 213-430-6000
smcintyre@omm.com

Paul Sieben*
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025-7019
Tel: 650-473-2600
psieben@omm.com

Jennifer Beard*
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823
Tel: 415-984-8700
jbeard@omm.com

*Admitted pro hac vice

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 23, 2023, I electronically filed the foregoing with the Court and served it on opposing counsel through the Court's CM/ECF system. All counsel of record are registered ECF users.

/s/ Benjamin G. Bradshaw
Benjamin G. Bradshaw
