IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMMA KOE et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>CAYLEE NOGGLE et al.,<br><br>      Defendants. | Civil Action No. 1:23-cv-02904-SEG |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Extension of Time to Respond to Defendants' Motion for Reconsideration and any opposition thereto, it is hereby **ORDERED** that Plaintiffs' Motion for Extension of Time to Respond to Defendants' Motion for Reconsideration is **GRANTED**. Plaintiffs' response to Defendants' Motion for Reconsideration is due August 30, 2023.

**SO ORDERED** this _____ day of August, 2023.

                     _____
                     SARAH E. GERAGHTY
                     United States District Judge