IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMMA KOE, et al., <br><br>            Plaintiffs, <br><br> v. <br><br> RUSSEL CARLSON, et al., <br><br>            Defendants. | Civil Action No. 1:23-cv-02904-SEG |

## DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION

Defendants would normally not oppose an extension of this length, but Defendants are currently under an injunction that is squarely foreclosed by Eleventh Circuit precedent. The motion for reconsideration turns on questions of law, and the voluminous expert reports and exhibits provide more than ample ground for any factual arguments Plaintiffs wish to make. A delay in obtaining the transcript should not delay resolution of the clear-cut issue of how the Eleventh Circuit's decision applies to this case.

Respectfully submitted this 23rd day of August, 2023.

Christopher M. Carr
  *Attorney General*
  Georgia Bar No. 112505
Stephen J. Petrany
  *Solicitor General*
  Georgia Bar No. 718981
Ross W. Bergethon
  *Principal Deputy Solicitor General*
  Georgia Bar No. 054321
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia, 30334
404-458-3408
spetrany@law.ga.gov

*/s/ Jeffrey M. Harris*
Jeffrey M. Harris*
Cameron T. Norris*
Tiffany H. Bates*
Consovoy McCarthy PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
jeff@consovoymccarthy.com
cam@consovoymccarthy.com
tiffany@consovoymccarthy.com

Patrick Strawbridge*
Consovoy McCarthy PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(617) 227-0548
patrick@consovoymccarthy.com

**pro hac vice*

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that, on August 23, 2023, I electronically filed the foregoing with the Court and served it on opposing counsel through the Court's CM/ECF system. All counsel of record are registered ECF users.

*/s/ Jeffrey M. Harris*