# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| EMMA KOE et al., <br><br> Plaintiffs, <br><br> v. <br><br> CAYLEE NOGGLE et al., <br><br> Defendants. | Civil Action No. 1:23-cv-02904-SEG |

## PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION

Plaintiffs write to respond briefly to Defendants' Opposition. First, Plaintiffs anticipate citing testimony from the preliminary injunction hearing in support of the argument that SB140 cannot survive rational basis review. This question implicates both legal issues and factual findings that lie in the hearing record.

Second, even with this brief delay Plaintiffs will still be responding to Defendants' Motion for Reconsideration on an expedited timeline and prior to the fourteen-day reply deadline afforded by Local Rule 7.2. This delay will therefore not prejudice the parties and will enable the Court to consider these important issues with the benefit of the full factual record.

Plaintiffs therefore respectfully request that the Court extend Plaintiffs' deadline to respond to Defendants' Motion for Reconsideration to August 30, 2023.

Respectfully submitted this 24th day of August, 2023.

SOUTHERN POVERTY LAW CENTER
Elizabeth Littrell
Maya Rajaratnam
150 Ponce de Leon Ave.
Ste. 340, Decatur GA 30030
Fax: (404) 221-5857
Email: Beth.Littrell@splcenter.org
Phone: (404) 221-5876
Maya.Rajaratnam@splcenter.org
Phone: (334) 398-0328
Scott D. McCoy*
2 Biscayne Boulevard, Suite 3750
Miami, FL 33131
Email: Scott.McCoy@splcenter.org
Phone: (334) 224-4309

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF GEORGIA
Cory Isaacson
Nneka Ewulonu
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF GEORGIA
P.O. Box 570738
Atlanta, GA 30357
Telephone: (770) 415-5490
CIsaacson@acluga.org
NEwulonu@acluga.org

O'MELVENY & MYERS
/s/ Benjamin G. Bradshaw
Benjamin G. Bradshaw*
Deanna M. Rice*
Meredith Garagiola*
Danielle Siegel*
Patric Reinbold*
Carly Gibbs*
O'MELVENY & MYERS LLP
1625 Eye Street N.W.
Washington, DC 20006
Tel: 202-383-5300
bbradshaw@omm.com
drice@omm.com
mgaragiola@omm.com
dsiegel@omm.com
preinbold@omm.com
cgibbs@omm.com

Stephen McIntyre*
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Tel: 213-430-6000
smcintyre@omm.com

Paul Sieben*
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025-7019
Tel: 650-473-2600
psieben@omm.com

| | |
|---|---|
| HUMAN RIGHTS CAMPAIGN FOUNDATION<br>Cynthia Cheng-Wun Weaver*<br>Ami Rakesh Patel*<br>1640 Rhode Island Avenue NW<br>Washington, D.C. 20036<br>(202) 993-4180<br>Cynthia.Weaver@hrc.org<br>Ami.Patel@hrc.org | Jennifer Beard*<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center<br>28th Floor<br>San Francisco, CA 94111-3823<br>Tel: 415-984-8700<br>jbeard@omm.com<br><br>*Admitted pro hac vice |

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 24, 2023, I electronically filed the foregoing with the Court and served it on opposing counsel through the Court's CM/ECF system. All counsel of record are registered ECF users.

/s/ Benjamin G. Bradshaw
Benjamin G. Bradshaw
