UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMMA KOE, et al., | |
| Plaintiffs, | CIVIL ACTION NO. |
| v. | 1:23-CV-2904-SEG |
| CAYLEE NOGGLE, et al., | |
| Defendants. | |

**O R D E R**

On August 22, 2023, Defendants filed a motion for reconsideration of the Court's preliminary injunction order. (Doc. 108.) On the same day, the Court set an expedited briefing schedule on Defendants' motion, requiring Plaintiffs to respond by August 25. On August 23, Plaintiffs moved to extend their response deadline by three business days because the transcript of the preliminary injunction hearing will not be available until August 28. (Doc. 110.) Defendants oppose the extension request. (Doc. 111.) Having considered both sides' arguments and for good cause shown, Plaintiffs' motion is GRANTED, and their response shall be filed by August 30, 2023, at 5:00 PM. While Defendants' point is well-taken, the revised briefing schedule remains an expedited one under the Local Rules, and the Court would prefer to avoid consideration of the issues in a piecemeal fashion. A reply brief is not

required, but if Defendants wish to reply they may do so by September 1, 2023, and additional time will be granted should Defendants request it. If Defendants choose not to reply, they are requested to so notify the Court so that their motion can be deemed ripe and promptly addressed.

**SO ORDERED** this 24th day of August, 2023.

                                        _____
                                        SARAH E. GERAGHTY
                                        United States District Judge