**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| EMMA KOE et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CAYLEE NOGGLE et al.,<br><br>Defendants. | Civil Action No. 1:23-cv-02904-SEG |

**NOTICE REGARDING THE SUPREME COURT'S DECISION IN *UNITED STATES v. SKRMETTI***

Pursuant to this Court's September 13, 2024 Order (Doc. 132), the parties respectfully inform the Court that on June 18, 2025, the United States Supreme Court affirmed the United States Court of Appeals for the Sixth Circuit's judgment in *United States v. Skrmetti*. The parties attach the Supreme Court's opinion as Exhibit 1.

Respectfully submitted this 20th day of June, 2025.

SOUTHERN POVERTY LAW CENTER
Elizabeth Littrell
Maya Rajaratnam
150 Ponce de Leon Ave.
Ste. 340, Decatur GA 30030
Fax: (404) 221-5857

O'MELVENY & MYERS
/s/ Benjamin G. Bradshaw
Benjamin G. Bradshaw*
Deanna M. Rice*
Meredith Garagiola*
Carly Gibbs*
Rachel A. Chung*

Email: Beth.Littrell@splcenter.org
Phone: (404) 221-5876
Maya.Rajaratnam@splcenter.org
Phone: (334) 398-0328
Scott D. McCoy*
2 Biscayne Boulevard, Suite 3750
Miami, FL 33131
Email: Scott.McCoy@splcenter.org
Phone: (334) 224-4309

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF GEORGIA
Cory Isaacson
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF GEORGIA
P.O. Box 570738
Atlanta, GA 30357
Telephone: (770) 415-5490
CIsaacson@acluga.org

HUMAN RIGHTS CAMPAIGN FOUNDATION
Cynthia Cheng-Wun Weaver*
Ami Rakesh Patel*
1640 Rhode Island Avenue NW
Washington, D.C. 20036
(202) 993-4180
Cynthia.Weaver@hrc.org
Ami.Patel@hrc.org

Danielle Siegel*
Patric Reinbold*
O'MELVENY & MYERS LLP
1625 Eye Street N.W.
Washington, DC 20006
Tel: 202-383-5300
bbradshaw@omm.com
drice@omm.com
mgaragiola@omm.com
cgibbs@omm.com
rchung@omm.com
dsiegel@omm.com
preinbold@omm.com

Paul Sieben*
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025-7019
Tel: 650-473-2600
psieben@omm.com

Jennifer Beard*
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823
Tel: 415-984-8700
jbeard@omm.com

*Admitted pro hac vice

*Attorneys for Plaintiffs*

Christopher M. Carr
*Attorney General*
Georgia Bar No. 112505

*/s/ Jeffrey M. Harris*
Jeffrey M. Harris*
Cameron T. Norris*

Stephen J. Petrany
*Solicitor General*
Georgia Bar No. 718981
Ross W. Bergethon
*Principal Deputy Solicitor General*
Georgia Bar. No. 054321
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia, 30334
404-458-3408
spetrany@law.ga.gov

Tiffany H. Bates*
Consovoy McCarthy PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
jeff@consovoymccarthy.com
cam@consovoymccarthy.com
tiffany@consovoymccarthy.com
Patrick Strawbridge*
Consovoy McCartyh PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(617) 227-0548
patrick@consovoymccarthy.com

*Attorneys for Defendants*

**pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 20, 2025, I electronically filed the foregoing with the Court and served it on opposing counsel through the Court's CM/ECF system. All counsel of record are registered ECF users.

/s/ Benjamin G. Bradshaw
Benjamin G. Bradshaw